1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  THOMAS J. O'REARDON II (247952)
   701 B Street, Suite 1700
3  San Diego, CA 92101
   Telephone: (619) 338-1100
4  Facsimile: (619) 338-1101
   tblood@bholaw.com
5  toreardon@bholaw.com

6  HOFFMAN & FORDE                              ROBBINS ARROYO LLP
   SCHUYLER V.V. HOFFMAN V (255632)             GREGORY E. DEL GAIZO (247319)
7  DANIEL R. FORDE (248461)                     KEVIN S. KIM (275200)
   3033 Fifth Avenue, Suite 225                 600 B Street, Suite 1900
8  San Diego, CA 92103                          San Diego, CA 92101
   Telephone: (619) 546-7880                    Telephone: 619-525-3990
9  Facsimile: (619) 546-7881                    Facsimile: 619-525-3991
   shoffman@hoffmanforde.com                    gdelgaizo@robbinsarroyo.com
10 dforde@hoffmanforde.com                      kkim@robbinsarroyo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVING, LP,<br><br>Defendants. | Case No.: 3:11-cv-2828-DMS-BGS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>DATE: February 8, 2013<br>TIME: 1:30 p.m.<br>Crtrm: 13A, 13th Floor<br>Judge: Hon. Dana M. Sabraw<br>Date filed: December 5, 2011 |

PLEASE TAKE NOTICE that on February 8, 2013, at 1:30 p.m., in Courtroom 13A, Thirteenth Floor, Edward J. Schwartz Courthouse located at 333 West Broadway, San Diego, California 92101, in accordance with Federal Rules of Civil Procedure, Rule 23, plaintiffs Rick Dolfo and Susan Dolfo will and hereby do move for an order certifying the following Class and appointing plaintiffs as Class Representatives:

> All persons who entered into a residential mortgage loan with Bank of America secured by property located in the State of California, where Bank of America created an impound account up until May 31, 2011, as a result of Bank of America's evaluation of eligibility for a loan modification pursuant to the Home Affordable Modification Program, and not because of a circumstance permitted by Civil Code § 2954.
>
> Excluded from the Class are those who entered a "trial period program" pursuant to the Home Affordable Modification Program and defendants and any of their officers, directors and employees.

As set forth in the accompanying memorandum, plaintiffs satisfy the requirements of Rules 23(a), (b)(2) and (c)(4) of the Federal Rules of Civil Procedure warranting class certification. Further, plaintiffs meet all the requirements for the appointment as Class Representatives.

Additionally, pursuant to Rule 23(g), plaintiffs move for an order appointing the law firms of Blood Hurst & O'Reardon, LLP as Class Counsel in this action. As set forth in the accompanying memorandum and declaration of Timothy G. Blood, plaintiffs' counsel meet each of the requirements of Rule 23(g)(1).

This motion is based upon this notice of motion, the accompanying memorandum of law, the evidentiary submission, including the declaration of Timothy G. Blood, and such other evidence and argument as may be presented at or before the hearing on this motion.

Dated: January 11, 2013                 BLOOD HURST & O'REARDON, LLP
                                        TIMOTHY G. BLOOD (149343)
                                        THOMAS J. O'REARDON II (247952)


                                        By:      s/ *Timothy G. Blood*
                                                 TIMOTHY G. BLOOD

                                        701 B Street, Suite 1700
                                        San Diego, CA  92101

| | |
|---|---|
| 1 | Telephone: (619) 338-1100 |
| | Facsimile: (619) 338-1101 |
| 2 | tblood@bholaw.com |
| | lhurst@bholaw.com |
| 3 | toreardon@bholaw.com |
| 4 | HOFFMAN & FORDE |
| | SCHUYLER V.V. HOFFMAN V (255632) |
| 5 | DANIEL R. FORDE (248461) |
| | 3033 Fifth Avenue, Suite 225 |
| 6 | San Diego, CA 92103 |
| | Telephone: (619) 546-7880 |
| 7 | Facsimile: (619) 546-7881 |
| | shoffman@hoffmanforde.com |
| 8 | dforde@hoffmanforde.com |
| 9 | ROBBINS ARROYO LLP |
| | GREGORY E. DEL GAIZO (247319) |
| 10 | KEVIN S. KIM (275200) |
| | 600 B Street, Suite 1900 |
| 11 | San Diego, CA 92101 |
| | Telephone: 619-525-3990 |
| 12 | Facsimile: 619-525-3991 |
| | gdelgaizo@robbinsarroyo.com |
| 13 | kkim@robbinsarroyo.com |
| 14 | *Attorneys for Plaintiffs* |

BLOOD HURST & O'REARDON, LLP

00054623

1 | CERTIFICATE OF SERVICE

2  I hereby certify that on January 11, 2013, I electronically filed the foregoing with the
3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the
4 e-mail addresses denoted on the Electronic Mail Notice List.
5  I certify under penalty of perjury under the laws of the United States of America that
6 the foregoing is true and correct. Executed January 11, 2013.

  s/ *Timothy G. Blood*
  TIMOTHY G. BLOOD

  BLOOD HURST & O'REARDON, LLP
  701 B Street, Suite 1700
  San Diego, CA 92101
  Telephone: 619/338-1100
  619/338-1101 (fax)
  tblood@bholaw.com