UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | CASE NO. 11cv2828 DMS (BGS)<br><br>**ORDER SETTING DEADLINE FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

It appearing to the Court that this case has settled, IT IS HEREBY ORDERED:

1. Counsel shall prepare and file their motion for preliminary approval of the settlement on or before **November 18, 2013**. If the motion is not filed by this date, the Court shall hold a status conference with counsel on **November 22, 2013**, at **1:30 p.m.**

DATED: October 17, 2013

_____
HON. DANA M. SABRAW
United States District Judge