# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | CASE NO. 11cv2828 DMS (BGS)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on November 25, 2013. Thomas J. O'Reardon, II appeared on behalf of Plaintiffs, and Chad Fuller and Naomi Spector appeared on behalf of Defendant. After consulting with counsel and being advised on the status of the case, IT IS HEREBY ORDERED:

1. Plaintiffs or the parties, jointly, shall file a motion for preliminary approval of the settlement in this case on or before **December 6, 2013**.

DATED: November 25, 2013

HON. DANA M. SABRAW
United States District Judge