1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO on behalf of themselves, all others similarly situated and the general public,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>　　　　　Defendants. | Case No.  3:11-cv-02828-DMS-BGS<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT MOTION TO CONTINUE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL BY ONE WEEK** |

The court having considered the joint motion filed by the parties in this action [Dkt. No. 108] and good cause appearing therefore:

IT IS HEREBY ORDERED that the filing of the motion for preliminary approval of the settlement be continued by one week, until December 13, 2013.

Dated: December 9, 2013

Hon. Dana M. Sabraw
United States District Judge