1    BLOOD HURST & O'REARDON, LLP
     TIMOTHY G. BLOOD (149343)
2    THOMAS J. O'REARDON II (247952)
     701 B Street, Suite 1700
3    San Diego, CA  92101
     Telephone: (619) 338-1100
4    Facsimile: (619) 338-1101
     tblood@bholaw.com
5    toreardon@bholaw.com

6    Attorneys for Plaintiffs and Class Counsel

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10   RICK DOLFO and SUSAN DOLFO,      | Case No.: 3:11-cv-2828-DMS-BGS
     on behalf of Themselves, All Others
11   Similarly Situated and the General | CLASS ACTION
     Public,
12                                     | NOTICE OF MOTION AND
              Plaintiffs,              | MOTION FOR PRELIMINARY
13                                     | APPROVAL OF CLASS ACTION
        v.                             | SETTLEMENT
14
     BANK OF AMERICA, N.A. and        | Judge:     Hon. Dana M. Sabraw
15   BAC HOME LOANS SERVING,          | Crtrm:     13A, 13th Floor
     LP,                              | Date filed: December 5, 2011
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

*(left margin vertical text)* BLOOD HURST & O'REARDON, LLP

1   PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e), Plaintiffs

2   Rick Dolfo and Susan Dolfo, will and hereby do move this Court for an order

3   granting preliminary approval of the Settlement reached by the Parties, and to

4   enter the [Proposed] Order Preliminarily Approving Class Action Settlement,

5   which is attached as Exhibit 7 to the concurrently submitted Stipulation of

6   Settlement, and (1) grant preliminary approval of the Settlement reached by the

7   Parties, (2) approve the Parties' proposed form, method, and schedule for

8   disseminating Class Notice to the Class, (3) establish deadlines for the Class

9   Members to submit claims, or object to the Settlement, (4) appoint Garden City

10  Group to serve as the Settlement Administrator, and (5) set a date for the Final

11  Approval Hearing.

12  This motion is based upon this notice, the memorandum of points and

13  authorities submitted herewith, the Declaration of Timothy G. Blood, upon all

14  papers and pleadings on file herein, and further evidence and argument as the

15  Court may choose to entertain.

16  Respectfully submitted,

17  Dated: December 13, 2013        BLOOD HURST & O'REARDON, LLP
                                    TIMOTHY G. BLOOD (149343)
18                                  THOMAS J. O'REARDON II (247952)

19

20                                  By:       /s/  Timothy G. Blood
21                                       TIMOTHY G. BLOOD

22                                  701 B Street, Suite 1700
                                    San Diego, CA  92101
23                                  Telephone: (619) 338-1100
                                    Facsimile: (619) 338-1101
24                                  tblood@bholaw.com
                                    lhurst@bholaw.com
25                                  toreardon@bholaw.com

26                                  *Attorneys for Plaintiffs and Class
                                    Counsel*

27                                  HOFFMAN & FORDE
28                                  SCHUYLER V.V. HOFFMAN V
                                    (255632)

BLOOD HURST & O'REARDON, LLP

DANIEL R. FORDE (248461)
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Telephone: (619) 546-7880
Facsimile: (619) 546-7881
shoffman@hoffmanforde.com
dforde@hoffmanforde.com

ROBBINS ARROYO LLP
GREGORY E. DEL GAIZO (247319)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619-525-3990
Facsimile: 619-525-3991
gdelgaizo@robbinsarroyo.com

*Attorneys for Plaintiffs*

BLOOD HURST & O'REARDON, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed December 13, 2013.

                                        s/  *Timothy G. Blood*
                                    TIMOTHY G. BLOOD

                                    BLOOD HURST & O'REARDON, LLP
                                    701 B Street, Suite 1700
                                    San Diego, CA  92101
                                    Telephone:  619/338-1100
                                    619/338-1101 (fax)
                                    tblood@bholaw.com

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

00067369