# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No.: 3:11-cv-2828-DMS-BGS<br><br>CLASS ACTION<br><br>**ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. Dana M. Sabraw<br>Crtrm:   13A, 13th Floor |

WHEREAS, Plaintiffs Rick Dolfo and Susan Dolfo and Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP have entered into a Settlement Agreement ("Settlement"), filed December 13, 2013, after substantial discovery and lengthy arms-length settlement discussions;

AND, WHEREAS, the Court has received and considered the Settlement, including the accompanying exhibits, and the record in this Action;

AND, WHEREAS, Plaintiffs have made an application, pursuant to Federal Rule of Civil Procedure, Rule 23(e), for an order preliminarily approving the settlement of this Action, and for its dismissal with prejudice upon the terms and conditions set forth in the Settlement;

AND, WHEREAS, the Court has reviewed the Plaintiffs' application and the supporting memorandum for such order, and has found good cause for the same.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. If not otherwise defined herein, all capitalized terms have the same meanings as set forth in the Settlement Agreement.

2. Pursuant to Federal Rule of Civil Procedure, Rule 23(c), the Court previously certified the following Class:

> All persons who had a residential mortgage loan secured by property located in the State of California and whose loan was serviced by Bank of America, where Bank of America created an impound account up until May 31, 2011, as a result of Bank of America's evaluation of eligibility for a loan modification pursuant to the Home Affordable Modification Program, and not because of a circumstances permitted by Civil Code §2954. Excluded from the Class are those who entered a "trial period program" pursuant to the Home Affordable Modification Program and defendants and any of their officers, directors and employees.

3. Further, the Court previously appointed Rick Dolfo and Susan Dolfo as the Class Representatives for the Class and Timothy G. Blood and Thomas J.

O'Reardon II of Blood Hurst & O'Reardon, LLP as Class Counsel. *See* Court's Order Granting Plaintiff's Motion for Class Certification (Dkt. No. 88).

4. The Court hereby preliminarily approves the Settlement and the terms and conditions of settlement set forth therein, subject to further consideration at the Final Approval Hearing.

5. The Court has conducted a preliminary assessment of the fairness, reasonableness, and adequacy of the Settlement, and hereby finds that the settlement falls within the range of reasonableness meriting possible final approval. The Court therefore preliminarily approves the proposed Settlement.

6. Pursuant to Federal Rule of Civil Procedure, Rule 23(e) the Court will hold a final approval hearing on April 25, 2014, at 1:30 p.m., in the Courtroom of the Honorable Dana M. Sabraw, United States District Court for the Southern District of California, 333 West Broadway, San Diego, California 92101, for the following purposes:

a) Determining whether the proposed settlement of the Action is fair, reasonable and adequate and should be approved by the Court;

b) Considering the application of Class Counsel for an award of attorneys' fees and expenses as provided for under the Settlement;

c) Considering the application for service awards to the Plaintiffs as provided for under the Settlement;

d) Considering whether the Court should enter the [Proposed] Final Judgment and Order Approving Settlement;

e) Considering whether the release by the Class Members of the Released Claims as set forth in the Settlement should be provided; and

f) Ruling upon such other matters as the Court may deem just and appropriate.

7.   The Court may adjourn the Final Approval Hearing and later reconvene such hearing without further notice to the Class Members.

8.   Any Class Member may enter an appearance in the Action, at his or her own expense, individually or through counsel. All Class Members who do not enter an appearance will be represented by Class Counsel.

9.   The Parties may further modify the Settlement prior to the Final Approval Hearing so long as such modifications do not materially change the terms of the settlement provided therein. The Court may approve the Settlement with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Class Members.

10.   Opening papers in support of final approval of the Settlement and any application for attorneys' fees and expenses and/or plaintiffs' service awards must be filed with the Court and served at least 45 days prior to the Final Approval Hearing. Defendants' opposition, if any, to Plaintiffs' application for attorneys' fees and expenses must be filed with the Court and served at least 21 days prior to the Final Approval Hearing. Reply papers, if any, must be filed and served at least 7 days prior to the Final Approval Hearing.

11.   The Court approves, as to form and content, the proposed class notice (collectively the "Class Notice"), which is Exhibit 4, to the Settlement on file with this Court.

12.   The Court finds that the distribution of Class Notice substantially in the manner and form set forth in this Order and the Settlement meets the requirements of Federal Rule of Civil Procedure 23 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto.

13.   The Court approves the designation of Garden City Group, Inc. to serve as the Court-appointed Settlement Administrator for the Settlement. The

1  Settlement Administrator shall disseminate Class Notice and supervise and carry
2  out the notice procedure, the processing of Request Forms, and other
3  administrative functions, and shall respond to Class Member inquiries, as set
4  forth in the Settlement and this Order under the direction and supervision of the
5  Court.

6        14.   The Court directs the Settlement Administrator to establish a
7  Settlement Website, making available copies of this Order, the Class Notice,
8  Request Forms that may be downloaded and submitted online or by mail, the
9  Settlement and all exhibits thereto, and such other information as may be of
10 assistance to Class Members or required under the Settlement.

11       15.   No later than 60 days before the Final Approval Hearing, the
12 Settlement Administrator is ordered to substantially complete dissemination of
13 the Class Letter, which shall be mailed to the last known address (after updating
14 addresses by reference to the National Change of Address database) of all Class
15 Members (the "Initial Mailed Notice").  The mailing shall also include a Request
16 Form for those Class Members with a Covered Mortgage Loan currently serviced
17 by Bank of America.

18       16.   The Settlement Administrator shall perform reasonable address
19 traces for all Class Letters returned as undeliverable from the Initial Mailed
20 Notice.  No later than 35 days from the Initial Mailed Notice, the Settlement
21 Administrator shall substantially complete the re-mailing of Class Letters and
22 Request Forms to those Class Members whose new addresses were identified as
23 of that time through address traces (the "Notice Re-mailing Process").

24       17.   The costs of the Class Notice, administering the claims portion of
25 the Settlement, creating and maintaining the Settlement Website, and all other
26 Claims Administrator expenses shall be paid by Defendants in accordance with
27 the applicable provisions of the Settlement.

28

18. Class Members must submit their Request Form, should they choose to do so, no later than 60 days after the date first set by the Court for the Final Approval Hearing. Such deadline may be further extended without notice to the Class by Court order, by agreement between the Parties, or as set forth in the Settlement.

**Procedure for Objecting To the Settlement**

19. Any Class Member who desires to object to the proposed settlement, including the requested attorneys' fees and expenses or service awards to the Plaintiffs, must timely file with the Clerk of this Court a notice of the objection(s), together with all papers that the Class Member desires to submit to the Court no later than 30 days before the date first set for the Final Approval Hearing (the "Objection Date"). The objection must also be served on Class Counsel and Bank of America's Counsel no later than the Objection Date. The Court will consider such objection(s) and papers only if such papers are received on or before the Objection Date provided in the Class Notice, by the Clerk of the Court and by Class Counsel and Bank of America's Counsel. In addition to the filing with this Court, such papers must be sent to each of the following persons:

Timothy G. Blood  
Blood Hurst & O'Reardon, LLP  
701 B Street, Suite 1700  
San Diego, CA 92101

Chad R. Fuller  
Troutman Sanders LLP  
11682 El Camino Real, Ste. 400  
San Diego, CA 92130

20. The written objection must include: (a) a heading which refers to the Action; (b) the objector's name, residential address, telephone number and, if represented by counsel, of his/her counsel (notwithstanding, the objector's actual residential address, not just his/her counsel's, must also be included); (c) an explanation of the basis upon which the objector claims to be a Class Member; (d) a statement whether the objector intends to appear at the Final Approval Hearing, either in person or through counsel; (e) all grounds for the objection,

accompanied by any legal support for the objection known to the objector or his/her counsel; (f) copies of any papers, briefs, or other documents upon which the objection is based; and (g) the objector's handwritten, dated signature (an electronic signature, "/s/", or an attorney's signature are not sufficient).

21. Any Class Member who files and serves a written objection, as described in the preceding Section, may appear at the Final Approval Hearing, either in person or through counsel hired at the Class Member's expense, to object to any aspect of the fairness, reasonableness, or adequacy of this Agreement, including attorneys' fees. Class Members or their attorneys who intend to make an appearance at the Final Approval Hearing must serve a notice of intention to appear on the Class Counsel identified in the Class Letter and to Bank of America's Counsel, and file the notice of appearance with the Court, no later than twenty (20) days before the Final Approval Hearing.

22. Any Class Member who fails to comply with the provisions of the preceding paragraph shall waive and forfeit any and all rights he or she may have to appear separately and/or to object, and shall be bound by all the terms of the Agreement and by all proceedings, orders and judgments, including, but not limited to, the Release, in the Action.

23. Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement.

**IT IS SO ORDERED.**

DATED: December 20, 2013

THE HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE