BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiffs and Class Counsel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVING, LP,<br><br>Defendants. | Case No.: 3:11-cv-2828-DMS-BGS<br><br>CLASS ACTION<br><br>MOTION TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DATE: April 25, 2014<br>TIME: 1:30 p.m.<br><br>Judge: Hon. Dana M. Sabraw<br>Crtrm: 13A, 13th Floor<br>Date filed: December 5, 2011 |

Plaintiffs Rick Dolfo and Susan Dolfo, on behalf of themselves, the Class Action Plaintiffs, all others similarly situated, and the general public, respectfully submit this motion pursuant to Local Rule 7.1(h) for leave to permit Plaintiff to file an over-length Memorandum in Support of Motion for Final Approval of Class Action Settlement. Plaintiffs' currently submitted proposed memorandum exceeds the 25-page limit set forth in Local Rule 7.1(h), and totals 36 pages. Plaintiffs require additional pages beyond the 25-page limit because of the complexity of this matter and the proposed settlement, and because of the need to address the settlement and negotiation of the settlement, certification of the settlement class, notice and the notice program, and Plaintiffs' motion for attorneys' fees and expenses.

Respectfully submitted,

Dated: March 11, 2014

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:   *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

*Attorneys for Plaintiffs and Class Counsel*

HOFFMAN & FORDE
SCHUYLER V.V. HOFFMAN V
   (255632)
DANIEL R. FORDE (248461)
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Telephone: (619) 546-7880
Facsimile: (619) 546-7881
shoffman@hoffmanforde.com
dforde@hoffmanforde.com

ROBBINS ARROYO LLP
GREGORY E. DEL GAIZO (247319)
KEVIN S. KIM (275200)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619-525-3990
Facsimile: 619-525-3991
gdelgaizo@robbinsarroyo.com
kkim@robbinsarroyo.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 11, 2014.

                         *s/ Timothy G. Blood*
                         TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com