1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  THOMAS J. O'REARDON II (247952)
   701 B Street, Suite 1700
3  San Diego, CA  92101
   Telephone: (619) 338-1100
4  Facsimile: (619) 338-1101
   tblood@bholaw.com
5  toreardon@bholaw.com

6  Attorneys for Plaintiffs and Class Counsel

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 RICK DOLFO and SUSAN DOLFO,        Case No.: 3:11-cv-2828-DMS-BGS
   on behalf of Themselves, All Others
11 Similarly Situated and the General   CLASS ACTION
   Public,
12                                       NOTICE OF MOTION AND
              Plaintiffs,                MOTION FOR FINAL APPROVAL
13                                       OF CLASS ACTION SETTLEMENT
        v.
14                                       DATE:      April 25, 2014
   BANK OF AMERICA, N.A. and            TIME:      1:30 p.m.
15 BAC HOME LOANS SERVING,
   LP,                                   Judge:     Hon. Dana M. Sabraw
16                                       Crtrm:     13A, 13th Floor
              Defendants.                Date filed: December 5, 2011
17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP

PLEASE TAKE NOTICE that on April 25, 2014, at 1:30 p.m. before the Honorable Dana M. Sabraw, Plaintiffs Rick Dolfo and Susan Dolfo will and hereby do move pursuant to Federal Rule of Civil Procedure 23 for an order:

1) Confirming Rick Dolfo and Susan Dolfo as the Class Representatives for the Class;

2) Confirming the appointment of Timothy G. Blood of Blood Hurst & O'Reardon, LLP as Class Counsel for the Settlement Class;

3) Confirming certification of the following Class:

> All persons who had a residential mortgage loan secured by property located in the State of California and whose loan was serviced by Bank of America, where Bank of America created an impound account up until May 31, 2011, as a result of Bank of America's evaluation of eligibility for a loan modification pursuant to the Home Affordable Modification Program, and not because of a circumstances permitted by Civil Code §2954. Excluded from the Class are those who entered a "trial period program" pursuant to the Home Affordable Modification Program and defendants and any of their officers, directors and employees.

4) Granting final approval of the Settlement as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23;

5) Finding that the Notice was the best practicable notice under the circumstances and satisfied all Constitutional and other requirements; and

6) Awarding attorneys' fees and expenses and a service award.

This motion is based upon this notice, Plaintiffs' memorandum in support, the Declaration of Timothy G. Blood, the Declaration of Rick Dolfo, the Declaration of Susan Dolfo, the Declaration of Kevin A. Seely, the Declaration of Daniel R. Forde, the Declaration of Jennifer Keough, upon all papers and pleadings on file herein, and further evidence and argument as the Court may

///

///

///

BLOOD HURST & O'REARDON, LLP

1    choose to entertain.

2         Respectfully submitted,

3

4    Dated: March 11, 2014              BLOOD HURST & O'REARDON, LLP
                                        TIMOTHY G. BLOOD (149343)
5                                       THOMAS J. O'REARDON II (247952)

6

7                                       By:      s/ Timothy G. Blood
                                                TIMOTHY G. BLOOD
8
                                        701 B Street, Suite 1700
9                                       San Diego, CA  92101
                                        Telephone: (619) 338-1100
10                                      Facsimile: (619) 338-1101
                                        tblood@bholaw.com
11                                      lhurst@bholaw.com
                                        toreardon@bholaw.com
12
                                        *Attorneys for Plaintiffs and Class*
13                                      *Counsel*

14                                      HOFFMAN & FORDE
                                        SCHUYLER V.V. HOFFMAN V
15                                         (255632)
                                        DANIEL R. FORDE (248461)
16                                      3033 Fifth Avenue, Suite 225
                                        San Diego, CA 92103
17                                      Telephone: (619) 546-7880
                                        Facsimile: (619) 546-7881
18                                      shoffman@hoffmanforde.com
                                        dforde@hoffmanforde.com
19
                                        ROBBINS ARROYO LLP
20                                      GREGORY E. DEL GAIZO (247319)
                                        KEVIN S. KIM (275200)
21                                      600 B Street, Suite 1900
                                        San Diego, CA 92101
22                                      Telephone: 619-525-3990
                                        Facsimile: 619-525-3991
23                                      gdelgaizo@robbinsarroyo.com
                                        kkim@robbinsarroyo.com
24
                                        *Attorneys for Plaintiffs*
25

26

27

28

BLOOD HURST & O'REARDON, LLP

                                                    2                  Case No. 3:11-cv-2828-DMS-BGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 11, 2014.

<u>*s/  Timothy G. Blood*</u>
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com