1   BLOOD HURST & O'REARDON, LLP
    TIMOTHY G. BLOOD (149343)
2   THOMAS J. O'REARDON II (247952)
    701 B Street, Suite 1700
3   San Diego, CA  92101
    Telephone: (619) 338-1100
4   Facsimile: (619) 338-1101
    tblood@bholaw.com
5   toreardon@bholaw.com

6   Attorneys for Plaintiffs and Class Counsel

7

8                 **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10  RICK DOLFO and SUSAN DOLFO,          Case No.: 3:11-cv-2828-DMS-BGS
    on behalf of Themselves, All Others
11  Similarly Situated and the General   CLASS ACTION
    Public,
12                                        **DECLARATION OF TIMOTHY G.**
             Plaintiffs,                  **BLOOD IN SUPPORT OF MOTION**
13                                        **FOR FINAL APPROVAL OF CLASS**
         v.                               **ACTION SETTLEMENT**
14
    BANK OF AMERICA, N.A. and
15  BAC HOME LOANS SERVING,               Date:      April 25, 2014
    LP,                                   Time:      1:30 p.m.
16
             Defendants.                  Judge:     Hon. Dana M. Sabraw
17                                        Crtrm:     13A, 13th Floor
                                          Date filed: December 5, 2011
18

19

20

21

22

23

24

25

26

27

28

BLOOD HURST & O'REARDON, LLP

Case No. 3:11-cv-2828-DMS-BGS
DECLARATION OF TIMOTHY G. BLOOD ISO FINAL APPROVAL

I, TIMOTHY G. BLOOD, declare:

1.     I am an attorney licensed to practice before all of the courts of the State of California and the United States District Court of the Southern District of California, among other federal district and appellate courts.  I am the managing partner at Blood Hurst & O'Reardon, LLP ("BHO"), counsel for Plaintiffs and Class Counsel pursuant to Fed. R. Civ. P. 23(g).  I have personal knowledge of the matters stated here and, if called upon, I could and would competently testify thereto.  I submit this declaration in support of the Motion for Final Approval of Class Action Settlement.

2.     I believe this Settlement meets each of the requirements for final approval.  This litigation has been hard-fought from the very beginning.  The Settlement occurred after a thorough investigation of the facts and analysis of the legal claims, multiple mediation sessions before two experienced mediators, Magistrate Judge Bernard G. Skomal and Scott S. Markus, Esq. of PMA Dispute Resolution, and after Plaintiffs' successful motion for class certification.  Based on the pre- and post-filing investigations and discovery, expert work, and extensive discovery provided by the Parties, I believe there was more than ample information to negotiate a resolution of this Action with sufficient knowledge of the strengths and weaknesses of the claims.  The experience of Class Counsel in investigating claims, litigation various motions, and negotiating favorable resolutions was essential to achieving the benefits under the Settlement.

3.     I also believe the Settlement is fair, reasonable and adequate.  The Settlement meets Plaintiffs' goals through class certification – to provide Class Members with an opportunity to close improperly opened escrow accounts, repay, interest-free, any outstanding escrow account balance, and notify Class Members that they may have claims to pursue for monetary harm arising out of Bank of America's practices at issue.

BLOOD HURST & O'REARDON, LLP

4.    To date, Class Counsel has not received any objections from Settlement Class Members.

5.    We have been contacted by a substantial number of Class Member as a result of this Settlement and the notice letter sent directly to Class Members. My partner, Thomas O'Reardon, has been primarily responsible for speaking with Class Members about the Settlement.  As a result of this Settlement, Class Members have the opportunity to close the improperly opened escrow accounts and be placed in an interest free repayment plan to eliminate negative escrow balances.  Equally important, Class Members are notified of the additional legal rights they may pursue, including the ability to sue for damages resulting from Bank of America's conduct.  The settlement was designed to highlight these legal rights for Class Members and, based on the response received, is fulfilling this goal.

6.    Plaintiffs Rick Dolfo and Susan Dolfo have been exemplary representatives for the Class and have done everything asked of them in representing the interests of Class Members.  Their extensive cooperation and exceptional willingness to help has been very useful.  Mr. and Mrs. Dolfo have helped shaped the complaint and provided Plaintiffs' Counsel with insight throughout the case about the bank's escrow account practices and resulting harm to consumers who inquired about mortgage modifications under the Home Affordable Modification Program ("HAMP").   Mr. and Mrs. Dolfo have remained in contact with my firm and I, as well as my co-counsel, throughout the litigation.   They have promptly provided all necessary information for the prosecution of this Action.  As detailed in their concurrently filed declarations, Mr. and Mrs. Dofo have devoted a considerable amount of time and effort to the successful prosecution of class claims.

7.    An attorney from each of the three firms participating as Plaintiffs' Counsel has filed a declaration in support of this motion for final approval.

BLOOD HURST & O'REARDON, LLP

1   These declarations detail Plaintiffs' Counsel's coordinated and vigorous efforts

2   to prosecute this action on behalf of the Class, each firm's particular

3   contributions to the litigation, and the manner in which duplicated work was

4   avoided.

5         8.    Through regular email communication, telephone conversations and

6   meetings, Class Counsel coordinated Plaintiffs' Counsel's efforts to maximize

7   efficiency and avoid duplication of work.  For example, only one attorney was

8   used to defend the depositions of Rick Dolfo and Susan Dolfo, depose Bank of

9   America's employees and orally argue the motion for class certification.

10   Likewise, Plaintiffs' Counsel coordinated to efficiently assign and review the

11   large amount of information produced by Bank of America that was loaded on a

12   dedicated document review database.  Further, firms were assigned specific tasks

13   to advance the litigation on behalf of the Class.  For example, BHO played

14   principal roles in organizing the litigation, briefing motions, responding to and

15   obtaining discovery from Defendants, pursuing and conducting settlement

16   discussions and in drafting settlement papers.  Hoffman & Forde, whose practice

17   focuses on loan modifications, were assigned primary responsibility for

18   communicating with the Class Representatives, crafting terms of injunctive

19   relief, and in reviewing class loan files produced by Defendants in advance of

20   class certification and depositions.  Robbins Arroyo made key contributions to

21   the case by assisting with briefing, including class certification-related briefing,

22   and engaging their in-house forensic accounting and financial experts to analyze

23   information and provide damages analyses.

24         9.    Plaintiffs' Counsel prosecuted this case on a pure contingent-fee

25   basis, advancing all expenses with the understanding that they would be paid a

26   fee and receive reimbursement for expenses only if successful.  Plaintiffs'

27   Counsel had to forego other work in order to devote the necessary amount of

28   time, resources, and energy to handle this case.

BLOOD HURST & O'REARDON, LLP

3

Case No. 3:11-cv-2828-DMS-BGS

DECLARATION OF TIMOTHY G. BLOOD ISO FINAL APPROVAL

10.    The hourly rates for the attorneys and paralegals in my firm as shown in the chart below are the same as the regular current rates charged for their services in non-contingent matters and have been accepted as reasonable by this District and district courts in numerous other class action litigations.  *See, e.g., Hartless v. Clorox Company*, 273 F.R.D. 630, 644 (S.D. Cal. 2011) (J. Bencivengo) (approving hourly rates of Blood Hurst & O'Reardon, LLP); *Shames v. Hertz Corp.*, No. 07-cv-2174-MMA (WMC), 2012 U.S. Dist. LEXIS 158577, at *61 (S.D. Cal. Nov. 5, 2012) (approving hourly rates based on *Hartless*); *Dennis v. Kellogg Co.*, No. 09-cv-1786-L (WMC), 2013 U.S. Dist. LEXIS 163118, at *22-23 (S.D. Cal. Nov. 14, 2013) (J. Lorenz) (approving hourly rates of Blood Hurst & O'Reardon, LLP as "fall[ing] within typical rates for attorneys of comparable experience"); *Johnson v. General Mills, Inc.*, No. 10-61, 2013 U.S. Dist. LEXIS 90338, at *19-21 (C.D. Cal. June 17, 2013) (approving hourly rates and time spent by Blood Hurst & O'Reardon, LLP, stating "[t]he Court has considered class counsel's rates and finds they are reasonable because of the experience of the attorneys and prevailing market rates") (citing Blood Hurst & O'Reardon, LLP's firm resume).  Attached as Exhibit A is the Blood Hurst & O'Reardon, LLP firm resume, which describes the background and qualifications of the attorneys from BHO.

11.    Excluding the time spent pursuing Plaintiff's individual, as opposed to class claims, the total number of hours expended on this Action by my firm through March 10, 2014, is 778.50 hours.  The total lodestar for my firm is $420,465.00.  The summary of the lodestar for each member of my firm who worked on this Action through the present is below:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Timothy G. Blood (partner) | 186.25 | $695 | $129,443.75 |
| Leslie E. Hurst (partner) | 9.25 | $585 | $5,411.25 |
| Thomas O'Reardon II (partner) | 523.00 | $510 | $266,730.00 |
| Paula M. Roach (associate) | 16.00 | $410 | $6,560.00 |

4

DECLARATION OF TIMOTHY G. BLOOD ISO FINAL APPROVAL

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Bethany C. Maxwell (paralegal) | 44.00 | $280 | $12,320.00 |
| **TOTAL** | **778.50** | | **$420,465.00** |

12.     My practice has focused on complex litigation, including class action litigation, since the early 1990's.  I have tried class action cases and am highly regarded in the field of consumer protection law, including California's Unfair Competition Law and Consumers Legal Remedies Act.   I have represented millions of retail consumers, holders of life, automobile and homeowner insurance policies, mortgagors, credit card customers, homeowners, and victims of race discrimination in both state and federal courts throughout the country.  As it relates to this case, I was the lead partner on this action from its outset.  I helped devise litigation strategy, reviewed and edited all legal briefing, participated in strategy calls and meetings with co-counsel and Plaintiffs, defended the deposition of Mr. Dolfo, argued the successful motion for class certification and will present any argument in support of settlement approval.  I also participated in and led all settlement discussions, including the mediation sessions, as well as numerous post-mediation negotiations.

13.     Thomas O'Reardon, a partner at BHO, is a 2006 graduate of the University of San Diego School of Law and received his undergraduate degree from Wake Forest University.  Since graduating law school, Mr. O'Reardon has worked exclusively on complex litigation with an emphasis on consumer class actions.  Prior to co-founding BHO with me, Mr. O'Reardon was an associate beginning in 2006 with the law firm Lerach Coughlin Stoia Geller Rudman & Robbins, LLP (now Robbins Geller Rudman & Dowd, LLP).  Mr. O'Reardon contributed significantly to this litigation by leading Plaintiffs' Counsel's efforts to obtain discovery from Bank of America, including by taking depositions of Bank of America's employees and coordinating the review and analysis of Bank of America's document production.  In addition, Mr. O'Reardon defended the

1  deposition of Mrs. Dolfo, met and confered with Bank of America's counsel
2  regarding discovery disputes and drafted and edited legal briefs, the complaint,
3  discovery requests, mediation statements, the settlement agreement and
4  settlement-related motions.

5       14.   Leslie Hurst, a partner at BHO, received her Juris Doctor degree
6  from the University of California, Hastings College of the Law in 1995.  She
7  earned her Master of Arts degree in Sociology from the University of California,
8  Berkeley and a Bachelor of Arts degree in Sociology (*cum laude*) from the
9  University of San Diego.  Before co-founding BHO, Ms. Hurst was a partner at
10  the law firm now known as Robbins Geller Rudman & Dowd, LLP where her
11  practice focused on complex class action lawsuits with an emphasis on consumer
12  fraud and insurance cases under California's consumer protection statutes.  Ms.
13  Hurst participated in this litigation by editing the complaint and early neutral
14  evaluation conference statement, and preparing a motion for summary judgment
15  shortly before the settlement term sheet was executed.

16      15.   Paula Roach, an associate at BHO, graduated *cum laude* from
17  California Western School of Law in 2007, and earned her undergraduate degree
18  from the University of Washington.  Prior to joining BHO, Ms. Roach was an
19  associate at the law firm now known as Robbins Geller Rudman & Dowd, LLP.
20  Ms. Roach participated in this action by assisting in the motion for class
21  certification, primarily with respect to the class certification reply memorandum
22  and providing me with research and case law in advance of the hearing on the
23  motion for class certification.

24      16.   Bethany C. Maxwell is a paralegal at BHO.  Prior to joining BHO,
25  Ms. Maxwell spent ten years with the law firm of Buchalter Nemer, P.C. in San
26  Francisco, focusing on litigation.  Ms. Maxwell earned her Paralegal Certificate
27  at San Francisco State University, where she was awarded Highest Honors and
28  the Delmar Legal Studies Award for excellence in legal research.  She also holds

BLOOD HURST & O'REARDON, LLP

a dual Bachelor's degree from Smith College.  Ms. Maxwell assisted with the review and preparation of major filings in this Action, primarily including the motion for class certification and the motion for preliminary approval of settlement.

17.     The hours and lodestar incurred by my firm will increase because, as Class Counsel, my firm is responsible for any further briefing in this case, attending the final approval hearing, and the post hearing work, including claims administration.  My firm will continue to communicate with Class Members. Further, on an ongoing basis, my firm has been and will continue to be in regular contact with the Settlement Administrator regarding the claims and opt out processes, will continue to oversee the claim process and will continue to regularly review and act on the reports provided by the Settlement Administrator, as well as address issues which will arise.

18.     As detailed below, my firm has incurred a total of $22,346.97 in unreimbursed expenses in connection with the prosecution of this Action through March 10, 2014.  The expenses incurred in this Action are reflected in the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

| *DISBURSEMENT* | *TOTAL* |
|---|---|
| Meals, Hotels & Transportation | $991.95 |
| Mediation Fees | $5,470.00 |
| Expert Fees | $4,500.00 |
| In-House Photocopies | $2,867.90 |
| Postage / Fed-Ex | $40.02 |
| Conference Calls | $26.82 |
| Lexis / PACER | $431.59 |
| Document Database Management | $2,537.49 |
| Filing, Witness & Subpoena Service Fees | $732.90 |
| Deposition Transcripts & Court Reporter Fees | $4,748.30 |
| *TOTAL* | *$22,346.97* |

BLOOD HURST & O'REARDON, LLP

00069410

Case No. 3:11-cv-2828-DMS-BGS
DECLARATION OF TIMOTHY G. BLOOD ISO FINAL APPROVAL

19.    Class Counsel and the other Plaintiffs' Counsel began incurring expenses in 2011 and have continued to incur expenses.  I believe the expenses incurred are reasonable in amount and were reasonably necessary to effectively prosecute this action.

20.    The following provides additional information concerning certain of these expenses:

(a)    Expert Witness Fees: $4,500.00.  Class Counsel hired Patricia A. McCoy, an expert in financial services regulation, who has extensive expertise in the operation, structure and economics of consumer lending and is a recognized national authority on the banking crisis that ultimately lead to Bank of America's refusal to adequately staff its back-office mortgage servicing business and refusal to invest in the equipment needed to adequately accomplish the mortgage servicing tasks for which it was paid.  The services of Professor McCoy were necessary in the prosecution of the litigation, and contributed materially to the benefits achieved for the Class.  Professor McCoy holds the titles of Connecticut Mutual Professor of Law and Director of the Insurance Law Center at the University of Connecticut School of Law.  Professor McCoy received her Juris Doctor from the University of California (Berkeley) School of Law and was a Visiting Scholar at the Massachusetts Institute of Technology Department of Economics.  In 2011, Professor McCoy served as the first Assistant Director of Mortgage Markets at the Consumer Financial Protection Bureau in Washington, D.C., where she oversaw all of the Bureau's mortgage policy initiatives.  From 1984 to 1992, Professor McCoy handled complex banking, securities fraud, and discrimination cases at the law firm of Mayer, Brown, & Platt, where she was a partner.  Since 2002, Professor McCoy has served on several national boards in which she reviewed and provided advice on subprime lending practices.  She has also testified before Congress, the Connecticut state legislature and the Federal Reserve Board on mortgage lending

BLOOD HURST & O'REARDON, LLP

1    practices.  For example, in 2009, Professor McCoy testified twice before the U.S.

2    Senate and once before the U.S. House of Representatives on mortgage lending

3    reforms.

4         Plaintiffs' Counsel engaged Professor McCoy as a litigation consultant and

5    testifying expert.   Professor McCoy reviewed and helped analyze Bank of

6    America's documents and testimony relating to its operations and policies,

7    against the larger background of the mortgage crisis and Professor McCoy's

8    substantial expertise relating to banking policies and regulations.   Professor

9    McCoy was provided a non-refundable initial retainer of $4,500, to be credited

10   against her work in the Action at $450/hour.  Shortly before expert reports were

11   to be exchanged, the Parties agreed to continue and eventually stay expert-related

12   deadlines because of settlement efforts.

13        (b)   Meals, Hotels, and Transportation: $991.95.   In connection

14   with the prosecution of this litigation, the firm has paid for travel expenses to

15   take depositions of Bank of America employees in Los Angeles and Boise,

16   Idaho. On December 18, 2012, my partner, Thomas O'Reardon, took the Fed. R.

17   Civ. Proc. 30(b)(6) deposition of Bank of America employee Dani Camarena in

18   Boise, Idaho.  Mr. O'Reardon flew Southwest Airlines, arriving on December

19   17, 2012, and left immediately after the deposition on December 18, 2012.  Mr.

20   O'Reardon stayed at a Marriott hotel near the location of the deposition.   The

21   cost of that trip, including flight, taxis, meals, lodging and parking at the San

22   Diego Airport was $550.10.  On April 2, 2013, Mr. O'Reardon took the Rule

23   30(b)(6) deposition of Bank of America employee Marc Moss in Westlake

24   Village, California.  Mr. O'Reardon traveled to Westlake Village the night before

25   the deposition (which began at 8:00 a.m.) by train and taxicab, and stayed one

26   night at the Hyatt in Westlake Village where the deposition took place.  The cost

27   of that trip, including transportation, lodging and meals was $441.85.

28

BLOOD HURST & O'REARDON, LLP

(c)     Photocopying: $2,867.90.   Each time our copy machine is used, our billing system requires that a case code be entered.  For each page copied or printed, my firm charges 35 cents.  This is the rate charged to all clients, including non-contingency clients.  The rate is determined by calculating the approximate cost to my firm per page, without any mark-up.  The calculation includes the monthly copy machine rental, the price per page charged by our vendor, and paper and toner costs, which are not included in the price per page cost.  The average is approximate because it varies each month depending upon the number of photocopies made for a particular month, but 35 cents is an accurate approximate average over time.  We strive to keep photocopying to a minimum, using digital images whenever possible.  For example, Bank of America agreed early in the litigation with our proposal to accept service by electronic means.  Nevertheless, a large number of copies were required and made in this Action, primarily in connection with Plaintiffs' motion for class certification (the exhibits attached to Plaintiff's opening and reply memoranda totaled 435 and 214 pages, respectively), the depositions of Bank of America employees, which required three copies of each potential deposition exhibit (one for the witness and one for each party), and filing courtesy copies of filings with the Court.  Considering just the deposition exhibits marked by Class Counsel, the exhibits total 1,755 pages.

(d)     Filing, Witness and Subpoena Service Fees: $732.90.  These costs were incurred in connection with the filing of the initial complaint, as well as an attorney service firm, Class Action Research, who served two subpoenas in this litigation.  These costs were necessary to the prosecution of the case.  On February 22, 2013, the process server served a subpoena for documents on Naomi B. Spector for information underlying the testimony in her declaration in opposition to the motion for class certification.  On June 2, 2013, the process server served a subpoena for documents and testimony on former Bank of

1  America employee Vincent R. Gangi.  Mr. Gangi was one a handful of the

2  bank's employees responsible for implementing the escrow account policies at

3  issue in this Action.

4      (e)  Deposition Reporting and Transcripts: $4,748.30.  BHO paid

5  U.S. Legal Support $4,748.30 for services relating to the videotaped depositions

6  of Dani Camarena and Marc Moss.  These costs were necessary to the

7  prosecution of the case in order, among other things, to prepare class certification

8  and the litigation for trial.

9      (f)  Lexis and Online Library Research: $431.59.  These included

10  vendors Lexis Nexis and PACER.  These online sources were used to obtain

11  access to court dockets, for legal research and for cite-checking of briefs.  The

12  expense amount detailed here represents the out-of-pocket costs incurred by

13  BHO in connection with use of these services in connection with this litigation.

14  The charges for these vendors vary depending upon the type of services

15  requested.  For example, BHO has flat-rate contracts with Lexis for use of their

16  services.  When BHO utilizes such services, a billing code is entered for the

17  specific case being litigated.  At the end of each billing period in which a service

18  is used, BHO's costs for such services are allocated to specific cases based on the

19  percentage of use in connection with that specific case in the billing period.  As a

20  result of the contracts negotiated by BHO, the Class enjoys substantial savings in

21  comparison with the "market-rate" for *a la carte* use of such services which

22  some law firms pass on to their clients.  For example, the "market rate" charged

23  by Lexis for the services used by BHO each month is routinely five to ten times

24  more expensive than the rates negotiated by BHO and which provide the basis

25  for the expenses set forth herein.

26      (g)  Conference Calls: $26.82.  These charges included

27  conference calls with counsel for the Parties.  When BHO makes conference

BLOOD HURST & O'REARDON, LLP

1  calls, a billing code prompt must be entered to proceed, and each month's bills
2  are apportioned based on the billing codes.

3  (h)  Mediation Fees: $5,470.  These charges were incurred for the
4  mediation sessions on December 7, 2012, and July 9, 2013, with Scott Makus,
5  Esq. of PMA Dispute Resolution.  This amount represents half of Mr. Markus'
6  fees.  Under the Parties' agreement, mediation fees were split 50/50.  At the
7  conclusion of the second mediation session with Mr. Markus, the Parties reached
8  agreement on the terms of this Settlement.

9  (i)  Document Database Management Charges: $2,537.49 for
10  database management hosting charges related to this Action.  BHO retained the
11  services of Document Technologies, Inc. ("DTI"), a third-party provider to assist
12  with the storage of electronic discovery, and employing the Relativity coding
13  system for this Action.  Bank of America's counsel uses the same ESI vendor
14  and coding system.  This coding system allowed users to securely login, see,
15  search, download, code and analyze documents produced in this Action from any
16  Microsoft Windows-based computer with an Internet connection.  This amount
17  reflects monthly user fees and data hosting charges for the management of the
18  database of more than 14.273 GB of data produced by Bank of America in this
19  Action that was hosted on Relativity.  DTI charges BHO $25 per gigabyte per
20  month for maintaining and utilizing its Relativity system, and $95 per user per
21  month.

22  21.  On March 10, 2014, the parties reached an agreement concerning
23  Bank of America's payment of Plaintiffs' Counsel's attorneys' fees and
24  reimbursement of expenses.  Under the agreement, the Bank of America agrees
25  not to oppose Plaintiffs' Counsels application for attorney's fees in the amount of
26  $500,000 and reimbursement of expenses not to exceed $25,000.  Before March
27  10, 2014, the parties had been unable to reach agreement on a specific dollar
28  amount, but had continued to work to reach such an agreement.  Previously, the

BLOOD HURST & O'REARDON, LLP

1    parties had agreed on a range above which Plaintiffs' Counsel would not seek

2    fees and expenses and below which Bank of America would not oppose fees and

3    expenses.

4        22.    To achieve the Settlement for the Class, Class Counsel vigorously

5    litigated against Bank of America.  Bank of America had a well-funded, well-

6    equipped and persistent defense.  As explained below, Class Counsel effectively

7    and efficiently pursued discovery, consulted with a retained expert, and

8    succeeded at the class certification stage.  Beyond that, Plaintiffs' Counsel

9    responded to voluminous discovery by Bank of America, defended the

10   depositions of both Plaintiffs, and reviewed and analyzed a large amount of

11   documents and information produced by Bank of America.  In sum, achieving

12   the excellent Settlement required substantial work by Plaintiffs' Counsel to

13   properly combat Bank of America's formidable opposition.

14       23.    In this declaration, I further summarize and describe the nature of

15   our efforts on behalf of Plaintiffs and the Class in this Action.  As explained

16   above, my partner, Thomas O'Reardon, and I were the attorneys primarily

17   responsible for the day-to-day litigation of this Action.   This included

18   communicating with defense counsel and the Court, drafting the complaint,

19   drafting and responding to discovery requests, taking depositions, defending

20   depositions, finalizing the papers in support of Plaintiffs' motion for class

21   certification, presenting oral argument during the class certification hearing,

22   pursuing motions to compel, leading settlement-related efforts, and formulating

23   the overall case strategy, including coordinating efforts of Plaintiffs' Counsel.

24       24.    **Summary of Plaintiffs' Counsel's Discovery Efforts**: There were

25   numerous contested discovery motions, significant party and non-party

26   discovery, including depositions, expert-related work, and a fully litigated

27   motion for class certification that was granted on June 3, 2013, certifying the

28   Class pursuant to Fed. R. Civ. P. 23(b)(2) and 23(c)(4).  As a result of the

BLOOD HURST & O'REARDON, LLP

1   Parties' extensive meet and confer efforts held virtually continuously throughout
2   this litigation, Class Counsel was able to obtain approximately 50,000 pages of
3   documents from Bank of America, including exemplar loan servicing files from a
4   statistically significant number of the more than 8,000 loans at issue, documents
5   regarding Bank of America's relevant policies and procedures, and electronically
6   stored information ("ESI") produced based on a detailed, negotiated protocol for
7   the production of targeted ESI.  Class Counsel organized a team of attorneys who
8   coded and analyzed these documents on a database system.  Class Counsel took
9   the deposition of Bank of America's Assistant Vice President of escrow analysis
10  pursuant to Fed. R. Civ. P. 30(b)(6) concerning Bank of America's policies and
11  procedures relating to establishing impound accounts for non-impound loans,
12  Bank of America's payment of property taxes and insurance for borrowers, as
13  well as Bank of America's data and loan servicing files and information it
14  maintains for Class Members.  Thereafter, Class Counsel took the deposition of
15  one of Bank of America's Senior Vice Presidents in charge of overseeing
16  compliance with and implementing Home Affordable Modification Program
17  ("HAMP") policies and procedures at the bank.  This latter deposition was
18  pursuant to Fed. R. Civ. P. 30(b)(6) and generally concerned Bank of America's
19  policies and procedures for estimating escrow requirements for HAMP trial
20  period purposes, establishing escrow accounts, and reporting borrowers to credit
21  reporting agencies.  Class Counsel also retained and worked with an expert in the
22  field of banking policies and procedures, specifically including those relating to
23  HAMP and its supplemental directives.  The following is a summary of the
24  motion practice, discovery efforts and settlement negotiations that were involved
25  in the successful litigation of this Action.

26          25.  **Initial Investigations**:  In October 2011, Plaintiffs' Counsel began
27  investigating potential class action litigation against Bank of America relating to
28  its establishment of impound accounts (also known as escrow accounts) for

previously non-impounded residential mortgages in connection with the bank's evaluation of borrower eligibility for a trial period program modification under HAMP. Our investigation included researching potentially applicable HAMP regulations and supplemental directives, as well as Civil Code provisions relating to home mortgage impound accounts. Prior to this Action, litigation concerning section 2954 of the Civil Code was sparse. Thus, as part of our pre-suit investigation process, we extensively researched, to the extent possible, application of Section 2954 including its legislative history in this novel Action. We also researched and analyzed, through publicly-available sources, the potential uniformity and breadth of Bank of America's conduct. We also researched and drafted a motion for a preliminary injunction.

26. **Initial Complaint Filing and Bank of America's Answer**: On December 5, 2011, Plaintiff's Counsel filed the original class action complaint in this Action, entitled *Dolfo v. Bank of America, N.A.*, Case No. 11-cv-2828 (S.D. Cal.). (D.E. No. 1). On behalf of a proposed California-only class, the complaint alleged a breach of contract, violations of California's Unfair Competition Law, Business & Professions Code §17200 *et seq.* (the "UCL"), the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §1788 *et seq.* (the "Rosenthal Act"), the Consumer Credit Reporting Agencies Act, Cal. Civil Code §1785.1 *et seq.* (the "CCRAA"), conversion, and sought declaratory relief as a result of Bank of America's policy of impounding previously non-impounded mortgage loans in connection with initial HAMP eligibility analysis. (D.E. No. 1). On February 8, 2012, Bank of America filed its answer to the complaint, including asserting twenty affirmative defenses. (D.E. No. 6).

27. **May 9, 2012 Early Neutral Evaluation Conference**: On May 9, 2012, the Parties participated in an early neutral evaluation conference ("ENE") with the Hon. Bernard G. Skomal. In advance of the first ENE, Plaintiffs' Counsel held conferences with Bank of America and Plaintiffs about the

potential for early resolution, and extensively researched potential class wide remedies.   On May 7, 2012, Class Counsel submitted a confidential ENE statement.  The Action did not settle at the first ENE, and, as a result, the Court set Rule 26 deadlines.  (D.E. No. 22).   The Parties also began discussions surrounding the production of potential Class Member loan files.

28.    **Plaintiffs' Counsel Engaged in Substantial Discovery Efforts Throughout this Litigation**:   As discussed below, throughout this litigation Plaintiffs' Counsel engaged in substantial discovery, including propounding and responding to sets of written discovery, continuously meeting and conferring with opposing counsel about discovery responses, compelling further responses to discovery requests, reviewing substantial amounts of documents and ESI produced by Bank of America, and taking Rule 30(b)(6) depositions about all of the issues central to the facts and merits of this litigation.

29.    On June 1, 2012, the Parties filed their joint discovery plan pursuant to Fed. R. Civ. P. 26 and Civil Local Rules.  (D.E. No. 24).

30.    In connection with the Rule 26 conferences, Class Counsel drafted and sent Bank of America a proposed protective order regarding confidential and trade secret information.  This protective order was heavily negotiated before being submitted for the Court's approval on July 26, 2012.  (D.E. No. 28).

31.    Class Counsel also drafted and sent Bank of America a detailed proposal relating to the processes for retrieving, reviewing, and producing discovery, including ESI, as well as exchanging the types of IT disclosures mandated by Rule 26(f), the Civil Discovery Standards for the ABA Section on Litigation, and The Sedona Conference.  Continuously throughout this Action, beginning before the Rule 26(f) conference and continuing until the date a settlement term sheet was executed, the Parties have held numerous meet and confers regarding the production and retrieval of Bank of America's relevant ESI.  These negotiations included providing the full loan servicing files for a

BLOOD HURST & O'REARDON, LLP

1   statistically significant percentage of the loans at issue, as well as the relevant

2   keywords and phrases, date ranges, and electronic sources to be used in

3   connection the production of Bank of America's ESI.

4       32.   Plaintiffs' Counsel served substantial written discovery on Bank of

5   America.  On June 29, 2012, Plaintiffs' Counsel served first sets of

6   interrogatories and requests for production.  On April 3, 2013 and June 3, 2013,

7   Plaintiffs' Counsel served second and third sets of document requests,

8   respectively.  On June 3, 2013 and June 12, 2013, Plaintiffs' Counsel served

9   second and third sets of interrogatories, respectively.  The Parties extensively

10  met and conferred regarding Bank of America's written responses and document

11  productions in response to Plaintiffs' discovery requests.  As Judge Skomal is

12  intimately aware, and as discussed below, the Parties engaged in substantial

13  discovery motion practice with respect to certain discovery responses and

14  deposition topics.

15      33.   As a result of the continuous meet and confer efforts, Bank of

16  America produced approximately 50,000 pages of documents during the course

17  of this action.  These documents related to HAMP underwriting guidelines,

18  supplemental directives and Defendant's related policies and procedures,

19  procedures relating to the establishment of impound accounts, phone scripts,

20  credit reporting policies, exemplar loan servicing files for approximately 250

21  loans at issue, and targeted ESI, including emails, produced from the files of

22  Defendant's most relevant employees, including those who developed its HAMP

23  compliance procedures and the escrow analysis program at issue.  Plaintiffs'

24  Counsel devoted a team of attorneys to review, code and analyze these

25  documents on a database system set up for this action.

26      34.   Plaintiffs also responded to substantial discovery from Bank of

27  America, and sat for depositions.  Plaintiffs provided written responses to

28  interrogatories and document requests, and produced more than 300 pages of

BLOOD HURST & O'REARDON, LLP

1   documents from their files. Plaintiffs each also sat for full-day depositions by

2   Bank of America.

3       35.   Class Counsel took the depositions of two of Bank of America's

4   senior employees in charge of HAMP-related policies pursuant to Fed. R. Civ. P.

5   30(b)(6). On December 18, 2012, Class Counsel took the deposition of Dani

6   Camarena in Boise, Idaho. Ms. Camarena developed the escrow analysis at issue

7   in this action, and she was offered by Bank of America as the person most

8   knowledgeable relating to its HAMP policies and procedures, and loan-level

9   information available for members of the Class. Much of the information

10  gathered during this deposition was cited throughout and essential to Plaintiffs'

11  motion for class certification (discussed below). On April 2, 2013, Class

12  Counsel took the deposition of Marc Moss outside Los Angeles. Mr. Moss, a

13  senior vice president at Bank of America, was also involved in implementing

14  Defendant's HAMP procedures and was a 30(b)(6) designee on topics

15  concerning HAMP and credit reporting policies and procedures. Class Counsel

16  also served a subpoena for documents and testimony on Vincent Gangi, a former

17  Bank of America executive involved in developing Defendant's HAMP policies.

18  On the eve of the deposition, the settlement term sheet was executed and the

19  deposition was postponed.

20      36.   The Parties spent a significant amount of time meeting and

21  conferring about appropriate discovery. While many issues were resolved

22  without requesting the Court's assistance, there were several occasions when the

23  Parties raised discovery-related issues with Judge Skomal and his Chambers.

24  For example, the Parties had multiple conferences with Chambers about the

25  production of HAMP form letters, telephone call recordings, and the production

26  format of exemplar loan servicing files. Additionally, on March 22, 2013, the

27  Parties filed a joint motion for determination of Plaintiffs' motion to compel

28  disclosure of Class Member contact information. (D.E. Nos. 68-69). The Parties

BLOOD HURST & O'REARDON, LLP

18

1   also had a conference with Chambers about Bank of America's ESI production,

2   including appropriate keywords and custodians. (D.E. Nos. 67, 71 (describing

3   the ESI dispute)).

4        37.   Plaintiffs' Counsel also worked with and retained an expert in the

5   field of banking policies and practices, specifically including HAMP policies.

6   The expert analyzed significant amounts of documents in preparation of an

7   expert report.

8        38.   **Plaintiffs' Counsel Obtained an Order Granting Class**

9   **Certification Pursuant to Rules 23(b)(2) and 23(c)(4)**: On January 11, 2013,

10  Plaintiffs filed their motion for class certification. (D.E. No. 48). Simultaneous

11  with this filing, and after engaging in discovery, Plaintiffs' Counsel filed a

12  motion for leave to file a first amended complaint to clarify the scope of the

13  proposed Class and seek certification under Rules 23(b)(2) and (c)(4). (D.E. No.

14  47). The Parties fully briefed Plaintiffs' motion for class certification, and on

15  April 19, 2013, this Court held a hearing on the motion. (D.E. No. 82). On April

16  29, 2013, the Court issued an order requesting supplemental briefing on the class

17  certification motion. (D.E. No. 83). Pursuant to the order, Plaintiffs were to

18  clarify whether they were willing to exclude monetary relief from a proposed

19  injunction. (*Id.* at 1). Plaintiffs and Defendant filed their supplemental briefing

20  on May 10, 2013, and May 17, 2013, respectively. (D.E. Nos. 84-85).

21       39.   On June 3, 2013, the Court issued the Order Granting Plaintiffs'

22  Motion for Class Certification. (D.E. No. 88). Pursuant to Rules 23(a), (b)(2),

23  and (c)(1)(B), the Court certified the following Class on Plaintiffs' UCL claims

24  and for declaratory relief only:

25       All persons who had a residential mortgage loan secured by
26       property located in the State of California and whose loan was
         serviced by Bank of America, where Bank of America created an
27       impound account up until May 31, 2011, as a result of Bank of
         America's evaluation of eligibility for a loan modification pursuant
28       to the Home Affordable Modification Program, and not because of a

BLOOD HURST & O'REARDON, LLP

circumstances permitted by Civil Code § 2954.  Excluded from the Class are those who entered a "trial period program" pursuant to the Home Affordable Modification Program and defendants and any of their officers, directors and employees.

(*Id.* at 11-12).  The Court appointed Plaintiffs as Class Representatives and Timothy G. Blood and Thomas J. O'Reardon II as Class Counsel pursuant to Rule 23(g).  (*Id.* at 12).

40.  On July 1, 2013, Bank of America filed a motion for clarification or reconsideration of the order granting class certification.  (D.E. No. 90).  Prior to Plaintiffs' opposition deadline, on July 9, 2013, the Parties executed a detailed settlement term sheet.

41.  **Settlement Negotiations**:  At the same time the Parties were engaging in extensive briefing and discovery efforts, they were also engaging in numerous hard-fought, protracted and arms-length settlement negotiations before Judge Skomal and a private mediator.  As discussed above, the Parties held their first settlement conference with Judge Skomal on May 9, 2012.  The action did not settle.  Thereafter, the Parties participated in a voluntary settlement conference before Judge Skomal on November 2, 2012.  (D.E. No. 38).  In advance of this second settlement conference, Bank of America produced relevant documentation, and the Parties submitted updated settlement conference statements.  On December 7, 2012, the Parties participated in a full-day private mediation session with Scott S. Markus, Esq. of PMA Dispute Resolution.  Nevertheless, and despite these several attempts at mediation before both Judge Skomal and a private mediator, the Parties were not able to resolve the litigation.  Much of the hard-fought litigation described above occurred following these initial mediation sessions.  On December 3, 2012, and again on July 29, 2013, the Parties participated in telephonic conferences with Judge Skomal regarding settlement.  (D.E. Nos. 40, 100).  On July 9, 2013, after the Court issued its ruling on Plaintiffs' motion for class certification and after both sides completed

a significant amount of discovery, the Parties once again participated in a full-day mediation with Mr. Markus.  Finally, at the conclusion of that mediation, the parties reached a class settlement and executed a settlement term sheet. Nonetheless, at the time the class settlement was reached, Plaintiffs' separate individual claims remained unresolved.  Class Counsel did not negotiate those claims until after executing the term sheet that detailed the Class resolution.

42.    On August 19, 2013, the Parties held another in-person settlement conference with Judge Skomal in an attempt to resolve the Plaintiffs' individual claims.  (D.E. No. 102).  With the assistance of Judge Skomal, the Parties ultimately reached an agreement in principle that would resolve the individual claims, the terms of which are reflected in the Court's Finding Re: Named Plaintiffs' Potential Recovery.  (D.E. No. 103).

43.    Every aspect of this Settlement was heavily negotiated, including the terms of injunctive relief, each aspect of the Settlement Agreement and exhibits, the release, the process for closing escrow accounts, the process for obtaining a no-interest payment plan option to repay outstanding escrow balances, and the Class Member notice and claims protocols.  Although all material terms had been agreed upon, over the last few months, the Parties have continued to exchange drafts of each of the Settlement's exhibits and to negotiate the precise wording of the Stipulation of Settlement.  This process was also hard-fought and protracted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of March, 2014, at San Diego, California.

_____
*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

Case No. 3:11-cv-2828-DMS-BGS
DECLARATION OF TIMOTHY G. BLOOD ISO FINAL APPROVAL

BLOOD HURST & O'REARDON, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 11, 2014.

_s/  Timothy G. Blood_
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O'REARDON, LLP

00069410

# EXHIBIT A



701 B Street, Suite 1700 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

# FIRM RESUME



Blood Hurst & O'Reardon, LLP specializes in the nationwide prosecution of complex class and representative actions. The firm represents the interests of consumers, insurance policy holders and investors in state and federal trial and appellate courts throughout the country. The principals of Blood Hurst & O'Reardon come from a large firm that represented plaintiffs in class action litigation, where they formed the core of the consumer and insurance practice group. Blood Hurst & O'Reardon's principals have been appointed lead counsel and have held other leadership positions in a wide variety of class action matters.

### Timothy G. Blood

Mr. Blood is the firm's managing partner. His practice has focused on complex litigation, including class action litigation, since the early 1990's. Mr. Blood has tried class action cases and is highly regarded in the field of consumer protection law, including California's Unfair Competition Law and Consumers Legal Remedies Act.

Mr. Blood has represented millions of retail consumers, holders of life, automobile and homeowner insurance policies, mortgagors, credit card customers, homeowners, and victims of race discrimination. He practices in both state and federal courts throughout the country, and has represented the interests of consumers formally or informally before the Federal Trade Commission, the California Department of Justice, the California Legislative Analyst's Office and the California Department of Insurance. He has worked with the Federal Trade Commission to obtain record setting recoveries for consumers. In *In re Skechers Toning Shoes Prods. Liab. Litig.*, Mr. Blood's work with the Federal Trade Commission resulted in the largest consumer recovery in a false advertising action in FTC history.

Since 2010, Mr. Blood's court-appointed leadership positions include: Federal Rule of Civil Procedure 23(g) Class Counsel in *Godec v. Bayer Corp.*, Case No. Case No. 1:10-CV-00224-JG (N.D. OH); Federal Rule of Civil Procedure 23(g) Class Counsel in *Johns v. Bayer Corp.*, Case 09-cv-1935-AJB (DHB) (S.D. Cal.); Federal Rule of Civil Procedure 23(g) Class Counsel in *In re Skechers Toning Shoes Prods. Liab. Litig.*, Case No. 3:11-MD-2308-TBR (W.D. KY); Plaintiffs' Liaison Counsel and Steering Committee member by the United States District Court for the Southern District of California in the multidistrict litigation *In re: Sony Gaming Networks and Customer Data Breach Security Litigation*; Class Counsel by the district court for the District of Massachusetts in *In re: Reebok Easytone Litigation*; Class Counsel in *Victor E. Bianchi v. Bosa Development California* by the San Diego Superior Court; Co-Lead Class Counsel by the Los Angeles Superior Court in *In re: Toyota Motor Cases*, JCCP No. 4621 (Toyota Unintended Acceleration Consolidated Litigation); Co-Lead Class Counsel by the United States District Court for the Southern District of California in the multidistrict litigation *In re: Hydroxycut Marketing and Sales Practices Litigation*; Co-Lead Class Counsel by the United States District Court for the Central District of California in *Johnson v. General Mills, Inc.*; Co-Lead Class Counsel by the United States District Court for the Southern District of California in *Hartless v. Clorox Company*; and Class Counsel by the United States District Court for the Southern District of Florida in *Smith v. Wm. Wrigley, Jr. Company*. Recently, Mr. Blood has acted as lead counsel in a number of "functional food" false advertising class actions, including cases against General Mills and The Dannon Company filed in federal courts around the country. The Dannon litigation resulted in the largest settlement in food industry history for



false advertising. He was lead trial counsel in *Lebrilla v. Farmers Insurance Group, Inc.*, a multistate class action which settled on terms favorable to the class after a month long trial and just before closing arguments. He was also co-lead trial counsel in *In re Red Light Photo Enforcement Litigation*, an action brought on behalf of California motorists.

Mr. Blood has represented millions of purchasers of food, food supplements and over-the-counter drugs arising out of various advertising claims made by manufacturers and retailers. He has also represented owners of motor vehicles in product liability cases and consumer credit and mortgage borrowers against a number of major lending institutions, including Bank of America, Washington Mutual, Countrywide, GMAC and Wells Fargo.

Mr. Blood has extensive experience litigating against life, auto and other insurance carriers on behalf of consumers. His experience litigating against life insurance companies includes representing owners, holders and beneficiaries of industrial life insurance in race discrimination cases (with class periods dating back to the late 1800's). He also represented those holding traditional life insurance policies in market conduct actions such as the "vanishing premium" life insurance actions. Mr. Blood was responsible for one of only two litigated cases where classes where certified in the vanishing premium series of cases. He was also one of the few plaintiffs' attorneys to obtain class-wide recoveries in the "imitation parts" automobile insurance actions. Insurance companies against whom Mr. Blood has litigated include the American General companies, Farmers Insurance Group of Companies, Mercury Insurance Group, Allstate, State Farm, Great Southern Life, Metropolitan Life, United Life Insurance Company, Midland National Life Insurance Company and General American Insurance Company.

Mr. Blood has also represented consumers in traditional false advertising actions, those victimized by so-called "negative option" sales practices, and owners of a variety of different types of faulty computer equipment and software from manufacturers. Some of these retailers and manufacturers include Apple, Dell, IBM, Procter & Gamble, General Mills, The Dannon Company, Bayer, AG, Bosa Development, Kellogg Company and General Dynamics.

Mr. Blood has been involved in a number of precedent-setting appellate decisions in areas which include consumer and insurance law and class action procedure. These appellate decisions include: *Corvello v. Wells Fargo Bank, NA,* 728 F.3d 878 (9th Cir. 2013) (consumer protection and banking); *Fitzpatrick v. General Mills, Inc.,* 635 F.3d 1279 (11th Cir. 2011) (class certification, consumer law and false advertising); *Westwood Apex v. Contreras,* 644 F.3d 799 (9th Cir. 2011) (CAFA jurisdiction)*; Kwikset Corp. v. Superior Court (Benson)*, 51 Cal. 4th 310 (2011) (consumer law and false advertising); *Martinez v. Wells Fargo Home Mortgage, Inc.*, 598 F.3d 549 (9th Cir. 2010) (banking and preemption); *Troyk v. Farmers Group, Inc.*, 171 Cal. App. 4th 1305 (2009) (insurance law); *Hawaii Medical Ass'n v. Haw. Med. Serv. Ass'n*, 148 P.3d 1179 (Haw. 2006) (health insurance); *McKell v. Washington Mutual Bank, Inc.*, 142 Cal. App. 4th 1457 (2006) (banking law and consumer law); *Santiago v. GMAC Mortgage Group, Inc.*, 417 F.3d 384 (3d Cir. 2005) (consumer and banking law); *Lebrilla v. Farmers Group, Inc.*, 119 Cal. App. 4th 1070 (2004) (automobile insurance and class action procedure); *Moore v. Liberty Nat'l Life Ins. Co.*, 365 F.3d 408 (5th Cir. 2004) (life insurance and civil rights); *Kruse v. Wells Fargo*



*Home Mortgage, Inc.*, 383 F.3d 49 (2d Cir. 2004) (consumer and banking law); and *Lavie v. Procter & Gamble, Inc*., 105 Cal. App. 4th 496 (2003) (consumer law and false advertising).

Mr. Blood has testified before the California State Assembly and State Senate Judiciary Committees, as well as the Assembly and Senate Committees on Banking, Finance & Insurance. He has worked at both the state and federal level with lawmakers and government agencies to shape legislation to protect consumer rights, including lobbying on the Class Action Fairness Act of 2005 and working to defeat a California state ballot initiative designed to weaken the class action device.

Mr. Blood is a frequent continuing legal education speaker on topics which include complex litigation, class action procedure, financial fraud litigation, insurance litigation and consumer fraud. He has been an invited speaker for American Bar Association practice groups, the Practicing Law Institute, University of San Diego School of Law, Loyola Law School, American Association of Justice, Consumer Attorneys of California, ALI-ABA, the National Practice Institute, Bridgeport Continuing Education, Law Seminars International and the Consumer Attorneys of San Diego, for which he chairs a multi-day seminar on class action litigation.

Mr. Blood is frequently consulted by the media. He has appeared on Good Morning America, ABC World News Tonight, and major network affiliates on behalf of his clients. He has been interviewed for stories featuring consumer rights issues and his cases by *The New York Times*, *The Wall Street Journal*, *Bloomberg*, Reuters, the Associate Press, *The Los Angeles Times*, the *Daily Journal*, *Adweek*, CNBC, Fox News, the Korean Broadcasting Service and others.

Mr. Blood is an executive officer of the Consumer Attorneys of California and is the President Elect of the Consumer Attorneys of San Diego. In 2007, he was a finalist for the Consumer Attorneys of California Lawyer of the Year award for his trial work in a multistate class action against Farmers Insurance. He has been named a "Super Lawyer" since 2006 and has achieved an "AV" rating by Martindale Hubbell. Mr. Blood is also the Legislative Column Editor for *Trial Bar News*.

Mr. Blood is admitted to practice in the state of California, as well as the United States Courts of Appeal for the Third, Fifth, Sixth, Eighth, Ninth and Eleventh Circuits, and the United States District Courts for the Southern, Central, Northern and Eastern Districts of California, the Eastern District of Arkansas and the Eastern District of Michigan. Before starting Blood Hurst & O'Reardon, Mr. Blood was a partner in Milberg Weiss Bershad Hynes & Lerach, LLP and Coughlin Stoia Geller Rudman & Robbins, LLP. Mr. Blood received his Juris Doctor from George Washington University in 1990 and his Bachelor of Arts with honors in Economics from Hobart College in 1987.



## Leslie E. Hurst

Ms. Hurst is a co-founding partner of the firm.  Prior to founding the firm, Ms. Hurst was a partner at Coughlin Stoia Geller Rudman & Robbins LLP and an associate at Milberg Weiss Bershad Hynes & Lerach LLP.

Her practice has focused on complex class action lawsuits, including federal multi-district litigation and California Judicial Council Coordinated Proceedings, with an emphasis on consumer fraud and insurance cases under California's consumer protection statutes.

Ms. Hurst works in a number of practice areas, including areas focusing on cases against: (1) life insurers for misrepresenting the terms of vanishing premium life insurance; (2) auto insurers for repairs with non-OEM parts, diminished value claims and improper collection of installment service charges; (3) financial institutions for a variety of conduct; (4) insurance companies for race-based discrimination in the sale of small value "industrial" or "burial" insurance policies; (5) consumer goods manufacturers for false and deceptive advertising; (6) real estate developers for fraud and false advertising; and (7) improper collection and over collection of fees from residents by the City of Los Angeles.

The most recent settlements on which Ms. Hurst was instrumental include: *Chakhalyan v. City of Los Angeles* (providing full refunds of overcharges and a revamping of L.A. billing practices); *Hartless v. Clorox Company,* 273 F.R.D. 630 (S.D. Cal. 2011) (nationwide settlement in excess of $10 million that provided 100% recovery of damages to class members); *In re Enfamil LIPIL Mktg. & Sales Practices Litig.* (nationwide settlement in excess of $8 million involving false advertising of infant formula); *Dennis v. Kellogg Co.* (nationwide settlement in excess of $4 million); *In re Skechers Toning Shoes Prods. Liab. Litig.* (nationwide settlement of $45 million).

Ms. Hurst is also involved in the firm's appellate practice.  She successfully argued before the Ninth Circuit Court of Appeal in *Corvello v. Wells Fargo Bank, NA,* 728 F.3d 878 (9th Cir. 2013) and before California's Second District Court of Appeal in *Goodman v. Wells Fargo Bank, NA* (decision pending).  Ms. Hurst also worked on the appeals in *In re Enfamil LIPIL Mktg. & Sales Practices Litig.* (11th Cir.); *Hartless v. Clorox Company* (9th Cir.); *Guerra v. SDG&E* (4th DCA); *Garcia v. Sony Computer Entertainment* (9th Cir.); and *Gutierrez v. Wells Fargo Bank, N.A.* (9th Cir.).

Between 2003 and 2005, Ms. Hurst took a sabbatical from law and moved to Sri Lanka where she worked for CARE International as the Coordinator for Strategic Planning with an emphasis on development of CARE's long-term strategic plan for the conflict-affected areas.

Ms. Hurst is admitted to practice in the state of California, as well as the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Southern, Central and Northern Districts of California.  Ms. Hurst received her Juris Doctor degree from the University of California, Hastings College of the Law in 1995.  She earned her Master of Arts degree in Sociology from the University of California, Berkeley and a Bachelor of Arts



degree in Sociology (*cum laude*) from the University of San Diego.  Ms. Hurst is an active member of the Consumer Attorneys of San Diego, and Consumer Attorneys of California.

### Thomas J. O'Reardon II

Mr. O'Reardon is a co-founding partner of the firm.  His practice focuses exclusively on complex class action lawsuits involving consumer fraud, insurance fraud and antitrust violations. Mr. O'Reardon earned his Bachelor of Arts degree in Politics from Wake Forest University and his Juris Doctor degree from the University of San Diego.  He is licensed to practice law in all California state courts, the United States Courts of Appeal for the Sixth, Eighth, Ninth and Eleventh Circuits, as well as the United States District Courts for the Southern, Central, Eastern and Northern Districts of California, and the United States District Court for the Eastern District of Arkansas.

Prior to founding the firm, Mr. O'Reardon worked at Coughlin Stoia Geller Rudman & Robbins LLP.  There, Mr. O'Reardon worked on numerous complex class action litigation matters, including actions involving: annuity policies marketed and sold to senior citizens; insurer kickbacks known as "contingent commissions" in the property and casualty insurance brokerage industry; Sherman Act claims against the world's largest manufacturers of random access memory for computers; invasions of credit card holder's rights of privacy; false and deceptive advertising of consumer goods and wireless telephone services; automobile insurers' unlawful practices with respect to installment pay plans; and dangerous and defective products, including recalled children's toys.  He was also part of the team representing the California Department of Insurance against five of the largest employee benefit insurance companies for violations relating to their failure to disclose payments of contingent commissions to brokers.  As a result of the action, all five defendants agreed to sweeping changes in their disclosure practices.

Some of the actions on which Mr. O'Reardon has worked include: *In re Skechers Toning Shoes Prods. Liab. Litig.* (W.D. Ky.) (nationwide settlement of $45 million involving false advertising of Skechers' Shape-ups toning shoes products); *In re Reebok Easytone Litigation* (D. Mass.) (nationwide settlement of $25 million involving false advertising of Reebok toning footwear and apparel products); *Dolfo v. Bank of America* (S.D. Cal.) (certified class action involving mortgage modification banking practices, pending final settlement approval); *Johnson v. General Mills, Inc.* (C.D. Cal.) (certified class action involving false advertising of General Mills' YoPlus yogurt, which resulted in a nationwide settlement of $8.5 million); *Fitzpatrick v. General Mills, Inc.* (S.D. Fla.) (certified class action reviewed and approved by the Eleventh Circuit); *Johns v. Bayer Corp.* (S.D. Cal.) (certified class action involving false advertising of Bayer's One-A-Day multivitamins); *Godec v. Bayer Corp.* (N.D. Ohio) (certified class action involving false advertising of Bayer's One-A-Day multivitamins, which settled on a class wide basis); *Corvello v. Wells Fargo Bank, NA* (N.D. Cal.) (action involving mortgage modification practices where order granting motion to dismiss was reversed by the Ninth Circuit); *Rosales v. FitFlop* (S.D. Cal.) (nationwide settlement of $5.3 million involving false advertising of toning footwear, pending final settlement approval); *Blessing v. Sirius XM Radio, Inc.* (S.D.N.Y.) (nationwide settlement valued in excess of $180 million involving monopoly price increases arising out of the merger between Sirius and XM); *In re Dynamic Random Access Memory Antitrust Litig.* (N.D. Cal.) (settlement of more than $300 million); *In re Mattel, Inc. Toy Lead*



*Paint Prods. Liab. Litig.* (C.D. Cal.) (nationwide settlement valued at over $50 million); *Gemelas v. The Dannon Co., Inc.* (N.D. Ohio) (nationwide settlement in excess of $45 million involving false advertising of Dannon's Activia and DanActive yogurt products); *In re Enfamil LIPIL Mktg. & Sales Practices Litig.* (S.D. Fla.) (nationwide settlement in excess of $8 million involving false advertising of infant formula); *Smith v. Wm. Wrigley Jr. Co.* (S.D. Fla.) (nationwide settlement in excess of $7 million involving false advertising of Wrigley Eclipse chewing gum and mints); *Duffer v. Chattem, Inc.* (S.D. Cal.) (nationwide settlement of up to $1.8 million involving false advertising of ACT Total Care mouthwash); *In re Enron Corp. Sec. Litig.* (S.D. Tex.) (settlements of $7.3 billion); *AOL Time Warner Cases* (Cal. Super. Ct., Los Angeles County) (settlements of approximately $630 million); *Morris v. CBS Broadcasting, Inc.* (S.D.N.Y.) (nationwide settlement on behalf of purchasers of asbestos-laden children's toys); *In re Aqua Dots Prods. Liab. Litig.* (N.D. Ill.) (multidistrict litigation on behalf of purchasers of more than 4 million toxic children's toys); *Berry v. Mega Brands, Inc.* (D.N.J.) (litigation on behalf of purchasers of more than 10 million lethal children's toys); *In re: Toyota Motor Cases*, JCCP No. 4621 (Cal. Super. Ct., Los Angeles County) (litigation on behalf of consumers who purchased vehicles subject to "sudden unintended acceleration"); and *In re Hydroxycut Marketing and Sales Practices Litigation* (S.D. Cal.) (multidistrict litigation on behalf of purchasers of unsafe and ineffective weight-loss products).  With the exception of the *Sirius XM Radio* litigation, Mr. O'Reardon and/or his firm served as court-appointed Lead or Co-Lead Counsel in each of the above-mentioned class actions.  In granting final settlement approval, which included appointing Mr. O'Reardon as Class Counsel, the Court's order in the *Johnson v. General Mills* (C.D. Cal.) action states that Mr. O'Reardon is "vastly experienced" in consumer class action litigation.

Mr. O'Reardon is an active member of the Consumer Attorneys of San Diego, the Consumer Attorneys of California, and a founding member of the CAOC Young Lawyers Division.  He has also been a member of, and contributing author for, The Sedona Conference Working Group on Electronic Document Retention and Production.  Mr. O'Reardon has been an invited speaker for the University of San Diego School of Law, Consumer Attorneys of California, and the Consumer Attorneys of San Diego on topics which include complex litigation, electronic discovery, and the class action settlement process.

### Paula M. Roach

Paula M. Roach is an associate with the firm.  Her practice focuses on complex class action litigation, including consumer and antitrust cases.  Ms. Roach earned her Bachelor of Arts degree in Political Science from the University of Washington in 2004 and graduated cum laude from California Western School of Law in 2007.  While at California Western, Ms. Roach was a member of the *California Western Law Review* and authored *Parent-Child Relationship Trumps Biology: California's Definition of Parent in the Context of Same-Sex Relationships*, 43 Cal. W. L. Rev. 235 (2006).  She is a member of the California Bar and is licensed to practice before the United States District Courts for the Central, Southern and Northern Districts of California, the United States District Court for the Northern District of Illinois and the United States Courts of Appeals for the Eighth and Ninth Circuits.

**BLOOD
HURST &
O'REARDON** | LLP

Prior to joining Blood Hurst & O'Reardon, Ms. Roach was an associate at Coughlin Stoia Geller Rudman & Robbins.  While there, she represented plaintiffs in a number of complex class action litigation matters involving: price-fixing claims against the world's largest aftermarket auto lighting parts manufacturers and distributors; monopoly claims against the largest seller of portable media players; price fixing claims against containerboard manufacturers; race-discrimination claims against mortgage lenders; and false and deceptive practices in the sale of defective children's products and toys. Some of these actions include: *In re Apple iPod iTunes Antitrust Litigation* (N.D. Cal.); *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litigation* (C.D. Cal.); *In re Aftermarket Automotive Lighting Products Antitrust Litigation* (C.D. Cal.); *Payares v. Chase Bank* (C.D. Cal.); *Salazar v. Greenpoint Mortgage* (N.D. Cal.); *Puello v. Citifinancial* (D. Mass.); *Morris v. CBS Broadcasting* (S.D.N.Y.); *In re Aqua Dots Prods. Liab. Litigation* (N.D. Ill.); and *Berry v. Mega Brands, Inc.* (D.N.J.).

# EXHIBIT B



**2013 NLJ Billing Survey**

Source:National Law Journal

Category: National Law Journal

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Avg | Counsel Avg | Counsel Low | Counsel High | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Adams and Reese | New Orleans, LA | 277 | $650.00 | $275.00 | $390.00 | $320.00 | $200.00 | $260.00 | $460.00 | $405.00 | $500.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akerman Senterfitt | Miami, FL | 502 | $610.00 | $350.00 | $480.00 | $425.00 | $175.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akin Gump Strauss Hauer & Feld | Washington, DC | 806 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 187 | $680.00 | $525.00 | $615.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Alston & Bird | Atlanta, GA | 805 | $875.00 | $495.00 | $675.00 | $575.00 | $280.00 | $425.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Andrews Kurth | Houston, TX | 348 | $1090.00 | $745.00 | $890.00 | $1090.00 | $265.00 | $670.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Archer & Greiner | Haddonfield, NJ | 208 | $460.00 | $330.00 | $400.00 | $295.00 | $200.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arent Fox | Washington, DC | 323 | $860.00 | $500.00 | $650.00 | $595.00 | $275.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnall Golden Gregory | Atlanta, GA | 139 | $520.00 | $430.00 | $490.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnold & Porter | Washington, DC | 748 | $950.00 | $670.00 | $815.00 | $610.00 | $345.00 | $500.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnstein & Lehr | Chicago, IL | 141 | $595.00 | $350.00 | $465.00 | $350.00 | $175.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Baker & Hostetler | Cleveland, OH | 810 | $685.00 | $250.00 | $450.00 | $455.00 | $120.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Baker & McKenzie | Chicago, IL | 4004 | $1130.00 | $260.00 | $755.00 | $925.00 | $100.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 587 | $495.00 | $340.00 | $400.00 | $465.00 | $245.00 | $295.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Ballard Spahr | Philadelphia, PA | 479 | $650.00 | $395.00 | $475.00 | $495.00 | $235.00 | $315.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Barnes & Thornburg | Indianapolis, IN | 487 | $580.00 | $330.00 | $480.00 | $370.00 | $260.00 | $320.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $635.00 | $360.00 | $455.00 | $475.00 | $155.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Best Best & Krieger | Riverside, CA | 175 | $655.00 | $340.00 | $455.00 | $385.00 | $235.00 | $280.00 | $435.00 | $325.00 | $565.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bingham McCutchen | Boston, MA | 900 | $1080.00 | $220.00 | $795.00 | $605.00 | $185.00 | $450.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Blank Rome | Philadelphia, PA | 471 | $940.00 | $445.00 | $640.00 | $565.00 | $175.00 | $350.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bond, Schoeneck & King | Syracuse, NY | 194 | $520.00 | $240.00 | $355.00 | $285.00 | $160.00 | $225.00 | $385.00 | $295.00 | $485.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bowles Rice | Charleston, WV | 128 | $285.00 | $165.00 | $230.00 | $180.00 | $115.00 | $135.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bracewell & Giuliani | Houston, TX | 432 | $1125.00 | $575.00 | $760.00 | $700.00 | $275.00 | $440.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Bradley Arant Boult Cummings** | Birmingham, AL | 396 | $605.00 | $325.00 | $430.00 | $340.00 | $200.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Broad and Cassel** | Orlando, FL | 160 | $465.00 | $295.00 | $380.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Brownstein Hyatt Farber Schreck** | Denver, CO | 216 | $700.00 | $310.00 | $520.00 | $345.00 | $265.00 | $305.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Bryan Cave** | St. Louis, MO | 990 | $860.00 | $405.00 | $590.00 | $570.00 | $210.00 | $405.00 | $600.00 | $320.00 | $810.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Buchalter Nemer** | Los Angeles, CA | 134 | $695.00 | $475.00 | $605.00 | $375.00 | $350.00 | $365.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Burr & Forman** | Birmingham, AL | 249 | $525.00 | $240.00 | $355.00 | $350.00 | $200.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Butzel Long** | Bloomfield Hills, MI | 125 | $535.00 | $350.00 | $440.00 | $415.00 | $215.00 | $305.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Cadwalader, Wickersham & Taft** | New York, NY | 435 | $1050.00 | $800.00 | $930.00 | $750.00 | $395.00 | $605.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Carlton Fields** | Tampa, FL | 276 | $840.00 | $455.00 | $600.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Connell Foley** | Roseland, NJ | 121 | $575.00 | $275.00 | $425.00 | $325.00 | $200.00 | $265.00 | $450.00 | $275.00 | $625.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Cooley** | Palo Alto, CA | 632 | $990.00 | $660.00 | $820.00 | $630.00 | $160.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Covington & Burling** | Washington, DC | 738 | $890.00 | $605.00 | $780.00 | $565.00 | $320.00 | $415.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Cox Smith Matthews** | San Antonio, TX | 117 | $595.00 | $395.00 | $505.00 | $485.00 | $230.00 | $320.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Cozen O'Connor** | Philadelphia, PA | 509 | $1050.00 | $300.00 | $555.00 | $590.00 | $235.00 | $345.00 | $560.00 | $360.00 | $790.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Curtis, Mallet-Prevost, Colt & Mosle** | New York, NY | 322 | $860.00 | $730.00 | $800.00 | $785.00 | $345.00 | $480.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Davis Graham & Stubbs** | Denver, CO | 146 | $595.00 | $350.00 | $435.00 | $340.00 | $150.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Davis Polk & Wardwell** | New York, NY | 787 | $985.00 | $850.00 | $975.00 | $975.00 | $130.00 | $615.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Debevoise & Plimpton** | New York, NY | 615 | $1075.00 | $955.00 | $1055.00 | $760.00 | $120.00 | $490.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Dechert** | New York, NY | 803 | $1095.00 | $670.00 | $900.00 | $735.00 | $395.00 | $530.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Dentons** | | | $1050.00 | $345.00 | $700.00 | $685.00 | $210.00 | $425.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Dickstein Shapiro** | Washington, DC | 308 | $1250.00 | $590.00 | $750.00 | $585.00 | $310.00 | $475.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Dinsmore & Shohl** | Cincinnati, OH | 422 | $850.00 | $250.00 | $400.00 | $350.00 | $140.00 | $235.00 | $345.00 | $140.00 | $615.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **DLA Piper** | New York, NY | 4036 | $1025.00 | $450.00 | $765.00 | $750.00 | $250.00 | $510.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Dorsey & Whitney** | Minneapolis, MN | 517 | $585.00 | $340.00 | $435.00 | $510.00 | $215.00 | $315.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | # | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Duane Morris** | Philadelphia, PA | 613 | $710.00 | $430.00 | $620.00 | $490.00 | $295.00 | | $370.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Edwards Wildman Palmer** | Boston, MA | 572 | $765.00 | $210.00 | $535.00 | $415.00 | $245.00 | | $325.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Faegre Baker Daniels** | Minneapolis, MN | 683 | $580.00 | $355.00 | $455.00 | $315.00 | $110.00 | | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Foley & Lardner** | Milwaukee, WI | 872 | $860.00 | $405.00 | $600.00 | $470.00 | $210.00 | | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Foley Hoag** | Boston, MA | 223 | $775.00 | $590.00 | $670.00 | $385.00 | $290.00 | | $325.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Fox Rothschild** | Philadelphia, PA | 490 | $750.00 | $335.00 | $530.00 | $500.00 | $245.00 | | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Fried, Frank, Harris, Shriver & Jacobson** | New York, NY | 476 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 | | $595.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Gardere Wynne Sewell** | Dallas, TX | 223 | $775.00 | $430.00 | $635.00 | $445.00 | $235.00 | | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Gibbons** | Newark, NJ | 210 | $865.00 | $440.00 | $560.00 | $475.00 | $295.00 | | $360.00 | $490.00 | $385.00 | $750.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Gibson, Dunn & Crutcher** | New York, NY | 1086 | $1800.00 | $765.00 | $980.00 | $930.00 | $175.00 | | $590.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Gordon & Rees** | San Francisco, CA | 457 | $475.00 | $375.00 | $420.00 | $325.00 | $285.00 | | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Greenberg Traurig** | New York, NY | 1699 | $955.00 | $360.00 | $655.00 | $595.00 | $200.00 | | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | # | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Harris Beach** | Rochester, NY | 204 | $600.00 | $295.00 | $385.00 | $285.00 | $175.00 | $260.00 | $385.00 | $175.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Harter Secrest & Emery** | Rochester, NY | 136 | $465.00 | $300.00 | $385.00 | $290.00 | $195.00 | $250.00 | $325.00 | $260.00 | $380.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Haynes and Boone** | Dallas, TX | 489 | $1020.00 | $450.00 | $670.00 | $580.00 | $310.00 | $405.00 | $510.00 | $220.00 | $840.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Hogan Lovells** | Washington, DC | 2280 | $1000.00 | $705.00 | $835.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Holland & Hart** | Denver, CO | 409 | $725.00 | $295.00 | $435.00 | $415.00 | $165.00 | $275.00 | $360.00 | $185.00 | $595.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Holland & Knight** | Washington, DC | 926 | $1035.00 | $335.00 | $595.00 | $575.00 | $210.00 | $325.00 | $580.00 | $480.00 | $775.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Honigman Miller Schwartz and Cohn** | Detroit, MI | 227 | $560.00 | $290.00 | $390.00 | $225.00 | $205.00 | $220.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Hughes Hubbard & Reed** | New York, NY | 344 | $995.00 | $725.00 | $890.00 | $675.00 | $365.00 | $555.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Husch Blackwell** | St. Louis, MO | 514 | $925.00 | $235.00 | $430.00 | $465.00 | $190.00 | $260.00 | $395.00 | $230.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Ice Miller** | Indianapolis, IN | 301 | $530.00 | $335.00 | $450.00 | $305.00 | $245.00 | $270.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Irell & Manella** | Los Angeles, CA | 164 | $975.00 | $800.00 | $890.00 | $750.00 | $395.00 | $535.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jackson Kelly** | Charleston, WV | 200 | $370.00 | $175.00 | $280.00 | $265.00 | $145.00 | $195.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| 2013 | Firm | Location | No. | | | | | | | | | | | Source | Notes |
|------|------|----------|-----|---|---|---|---|---|---|---|---|---|---|--------|-------|
| 2013 | **Jackson Lewis** | Los Angeles, CA | 690 | $440.00 | $310.00 | $380.00 | $315.00 | $275.00 | | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jackson Walker** | Dallas, TX | 328 | $550.00 | $450.00 | $500.00 | $385.00 | $255.00 | | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jeffer, Mangels, Butler & Mitchell** | Los Angeles, CA | 126 | $875.00 | $560.00 | $690.00 | | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jenner & Block** | Chicago, IL | 432 | $925.00 | $565.00 | $745.00 | $550.00 | $380.00 | | $465.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jones Day** | New York, NY | 2363 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | | $435.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Jones Walker** | New Orleans, LA | 361 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | | $225.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Kasowitz, Benson, Torres & Friedman** | New York, NY | 365 | $1195.00 | $600.00 | $835.00 | $625.00 | $200.00 | | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Katten Muchin Rosenman** | Chicago, IL | 586 | $745.00 | $500.00 | $615.00 | $595.00 | $340.00 | | $455.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Kaye Scholer** | New York, NY | 414 | $1080.00 | $715.00 | $860.00 | $680.00 | $320.00 | | $510.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Kelley Drye & Warren** | New York, NY | 298 | $815.00 | $435.00 | $640.00 | $600.00 | $305.00 | | $430.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Kilpatrick Townsend & Stockton** | Atlanta, GA | 552 | $775.00 | $400.00 | $550.00 | $475.00 | $315.00 | | $385.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **King & Spalding** | Atlanta, GA | 838 | $995.00 | $545.00 | $775.00 | $735.00 | $125.00 | | $460.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Kirkland & Ellis** | Chicago, IL | 1517 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 | $540.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Knobbe, Martens, Olson & Bear** | Irvine, CA | 268 | $785.00 | $440.00 | $555.00 | $535.00 | $295.00 | $345.00 | $685.00 | $685.00 | $685.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Kramer Levin Naftalis & Frankel** | New York, NY | 320 | $1025.00 | $740.00 | $845.00 | $750.00 | $400.00 | $590.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Lane Powell** | Seattle, WA | 172 | $465.00 | $365.00 | $430.00 | $330.00 | $225.00 | $265.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Latham & Watkins** | New York, NY | 2033 | $1110.00 | $895.00 | $990.00 | $725.00 | $465.00 | $605.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Lathrop & Gage** | Kansas City, MO | 286 | $700.00 | $285.00 | $420.00 | $375.00 | $195.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Leonard, Street and Deinard** | Minneapolis, MN | 184 | $490.00 | $295.00 | $405.00 | $305.00 | $265.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Lewis Roca Rothgerber** | | | $695.00 | $380.00 | $505.00 | $525.00 | $205.00 | $400.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Lindquist & Vennum** | Minneapolis, MN | 181 | $600.00 | $460.00 | $520.00 | $470.00 | $275.00 | $365.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Littler Mendelson** | San Francisco, CA | 909 | $615.00 | $395.00 | $550.00 | $420.00 | $245.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Lowenstein Sandler** | Roseland, NJ | 254 | $755.00 | $510.00 | $615.00 | $650.00 | $260.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Manatt, Phelps & Phillips** | Los Angeles, CA | 325 | $795.00 | $640.00 | $740.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | McCarter & English | Newark, NJ | 373 | $625.00 | $450.00 | $530.00 | $370.00 | $220.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McDermott Will & Emery | Chicago, IL | 1024 | $835.00 | $525.00 | $710.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 288 | $505.00 | $325.00 | $440.00 | $325.00 | $200.00 | $295.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McGuireWoods | Richmond, VA | 941 | $725.00 | $450.00 | $595.00 | $525.00 | $285.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McKenna Long & Aldridge | Atlanta, GA | 509 | $650.00 | $480.00 | $530.00 | $425.00 | $375.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Michael Best & Friedrich | Milwaukee, WI | 198 | $650.00 | $260.00 | $445.00 | $350.00 | $190.00 | $275.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Miles & Stockbridge | Baltimore, MD | 207 | $725.00 | $330.00 | $470.00 | $375.00 | $230.00 | $285.00 | $425.00 | $215.00 | $675.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Miller & Martin | Chattanooga, TN | 133 | $585.00 | $245.00 | $385.00 | $270.00 | $180.00 | $215.00 | $355.00 | $210.00 | $440.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morgan, Lewis & Bockius | Philadelphia, PA | 1334 | $765.00 | $430.00 | $620.00 | $585.00 | $270.00 | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morris, Manning & Martin | Atlanta, GA | 142 | $575.00 | $400.00 | $480.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morrison & Foerster | San Francisco, CA | 1010 | $1195.00 | $595.00 | $865.00 | $725.00 | $230.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Nixon Peabody | Boston, MA | 612 | $850.00 | $295.00 | $520.00 | $550.00 | $180.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | # | | | | | | | | | | Source | Notes |
|------|------|----------|---|---|---|---|---|---|---|---|---|---|--------|-------|
| 2013 | **Norton Rose Fulbright** | | | $900.00 | $525.00 | $775.00 | $515.00 | $300.00 | $400.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Nutter McClennen & Fish** | Boston, MA | 135 | $715.00 | $470.00 | $575.00 | $460.00 | $295.00 | $375.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **O'Melveny & Myers** | Los Angeles, CA | 738 | $950.00 | $615.00 | $715.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Orrick, Herrington & Sutcliffe** | San Francisco, CA | 977 | $945.00 | $305.00 | $625.00 | $675.00 | $170.00 | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Parker Poe Adams & Bernstein** | Charlotte, NC | 178 | $500.00 | $425.00 | $450.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Patton Boggs** | Washington, DC | 485 | $780.00 | $490.00 | $665.00 | $475.00 | $325.00 | $405.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Paul Hastings** | New York, NY | 899 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 | $540.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Paul, Weiss, Rifkind, Wharton & Garrison** | New York, NY | 803 | $1120.00 | $760.00 | $1040.00 | $760.00 | $250.00 | $600.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Pepper Hamilton** | Philadelphia, PA | 493 | $850.00 | $475.00 | $630.00 | $460.00 | $245.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Perkins Coie** | Seattle, WA | 823 | $940.00 | $320.00 | $600.00 | $595.00 | $215.00 | $405.00 | $565.00 | $270.00 | $790.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Pillsbury Winthrop Shaw Pittman** | Washington, DC | 609 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 | $520.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Polsinelli** | Kansas City, MO | 573 | $750.00 | $320.00 | $410.00 | $340.00 | $220.00 | $265.00 | $370.00 | $300.00 | $425.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|------|------|----------|---|---|---|---|---|---|---|---|---|---|--------|-------|
| 2013 | **Proskauer Rose** | New York, NY | 746 | $950.00 | $725.00 | $880.00 | $675.00 | $295.00 | $465.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Quarles & Brady** | Milwaukee, WI | 413 | $600.00 | $350.00 | $470.00 | $600.00 | $210.00 | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Quinn Emanuel Urquhart & Sullivan** | New York, NY | 697 | $1075.00 | $810.00 | $915.00 | $675.00 | $320.00 | $410.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Reed Smith** | Pittsburgh, PA | 1468 | $945.00 | $545.00 | $710.00 | $530.00 | $295.00 | $420.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Richards, Layton & Finger** | Wilmington, DE | 138 | $850.00 | $475.00 | $660.00 | $450.00 | $250.00 | $350.00 | $465.00 | $450.00 | $475.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Riker Danzig Scherer Hyland & Perretti** | Morristown, NJ | 151 | $495.00 | $430.00 | $455.00 | $295.00 | $210.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Robinson & Cole** | Hartford, CT | 209 | $490.00 | $285.00 | $410.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Rutan & Tucker** | Costa Mesa, CA | 139 | $675.00 | $345.00 | $490.00 | $500.00 | $230.00 | $320.00 | $490.00 | $435.00 | $575.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Saul Ewing** | Philadelphia, PA | 226 | $850.00 | $365.00 | $530.00 | $575.00 | $225.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Sedgwick** | San Francisco, CA | 347 | $615.00 | $305.00 | $425.00 | $475.00 | $250.00 | $325.00 | $450.00 | $350.00 | $660.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Seward & Kissel** | New York, NY | 152 | $850.00 | $625.00 | $735.00 | $600.00 | $290.00 | $400.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Seyfarth Shaw** | Chicago, IL | 753 | $860.00 | $375.00 | $610.00 | $505.00 | $225.00 | $365.00 | $470.00 | $245.00 | $800.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Sheppard, Mullin, Richter & Hampton** | Los Angeles, CA | 521 | $875.00 | $490.00 | $685.00 | $535.00 | $275.00 | $415.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Shumaker, Loop & Kendrick** | Toledo, OH | 226 | $585.00 | $295.00 | $405.00 | $335.00 | $175.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Shutts & Bowen** | Miami, FL | 221 | $660.00 | $250.00 | $430.00 | $345.00 | $195.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Skadden, Arps, Slate, Meagher & Flom** | New York, NY | 1735 | $1150.00 | $845.00 | $1035.00 | $845.00 | $340.00 | $620.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Snell & Wilmer** | Phoenix, AZ | 422 | $695.00 | $295.00 | $495.00 | $420.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Squire Sanders** | Cleveland, OH | 1257 | $950.00 | $350.00 | $655.00 | $530.00 | $250.00 | $355.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Stevens & Lee** | Reading, PA | 167 | $800.00 | $525.00 | $625.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Stinson Morrison Hecker** | Kansas City, MO | 280 | $695.00 | $290.00 | $475.00 | $650.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Stoel Rives** | Portland, OR | 371 | $690.00 | $320.00 | $475.00 | $425.00 | $190.00 | $280.00 | $410.00 | $320.00 | $550.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Strasburger & Price** | Dallas, TX | 208 | $770.00 | $225.00 | $420.00 | $450.00 | $215.00 | $260.00 | $445.00 | $225.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Taft, Stettinius & Hollister** | Cincinnati, OH | 303 | $535.00 | $285.00 | $415.00 | $475.00 | $200.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Thompson & Knight** | Dallas, TX | 281 | $740.00 | $425.00 | $535.00 | $610.00 | $240.00 | $370.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Thompson Coburn** | St. Louis, MO | 305 | $510.00 | $330.00 | $440.00 | $350.00 | $220.00 | $270.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Troutman Sanders** | Atlanta, GA | 575 | $975.00 | $400.00 | $620.00 | $570.00 | $245.00 | $340.00 | $510.00 | $325.00 | | $675.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Ulmer & Berne** | Cleveland, OH | 178 | $415.00 | $315.00 | $380.00 | | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Varnum** | Grand Rapids, MI | 134 | $465.00 | $290.00 | $390.00 | | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Venable** | Washington, DC | 501 | $1075.00 | $470.00 | $660.00 | $575.00 | $295.00 | $430.00 | $565.00 | $435.00 | | $810.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Vinson & Elkins** | Houston, TX | 677 | $770.00 | $475.00 | $600.00 | $565.00 | $275.00 | $390.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Waller Lansden Dortch & Davis** | Nashville, TN | 165 | $600.00 | $350.00 | $460.00 | $335.00 | $190.00 | $245.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Weil, Gotshal & Manges** | New York, NY | 1201 | $1075.00 | $625.00 | $930.00 | $790.00 | $300.00 | $600.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **White & Case** | New York, NY | 1900 | $1050.00 | $700.00 | $875.00 | $1050.00 | $220.00 | $525.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Wiley Rein** | Washington, DC | 272 | $950.00 | $550.00 | $665.00 | $535.00 | $320.00 | $445.00 | $580.00 | $380.00 | | $800.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Williams Mullen** | Richmond, VA | 231 | $410.00 | $360.00 | $385.00 | $350.00 | $260.00 | $295.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Willkie Farr & Gallagher** | New York, NY | 540 | $1090.00 | $790.00 | $950.00 | $790.00 | $350.00 | $580.00 | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Year | Firm | City | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | **Wilmer Cutler Pickering Hale and Dorr** | Washington, DC | 961 | $1250.00 | $735.00 | $905.00 | $695.00 | $75.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Winston & Strawn** | Chicago, IL | 842 | $995.00 | $650.00 | $800.00 | $590.00 | $425.00 | $520.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Wolff & Samson** | West Orange, NJ | 129 | $450.00 | $325.00 | $400.00 | $450.00 | $225.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | **Wyatt, Tarrant & Combs** | Louisville, KY | 165 | $500.00 | $280.00 | $418.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com