BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK DOLFO and SUSAN DOLFO, on behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and BAC HOME LOANS SERVING, LP,<br><br>　　　　Defendants. | Case No.: 3:11-cv-2828-DMS-BGS<br><br>CLASS ACTION<br><br>**DECLARATION OF RICK DOLFO IN SUPPORT OF FINAL APPROVAL OF CLASS CERTIFICATION**<br><br>Date:　　　April 25, 2014<br>Time:　　　1:30 p.m.<br><br>Judge:　　　Hon. Dana M. Sabraw<br>Crtrm:　　　13A, 13th Floor<br>Date filed:　December 5, 2011 |

I, RICK DOLFO, declare as follows:

1.  I am a plaintiff and Class Representative in the above-entitled class action lawsuit. I make this declaration in support of plaintiffs' motion for final approval of class action settlement, which includes a request that I be awarded a $7,500 service award. I have personal knowledge of the matters set forth in this declaration and if called upon, could competently testify to them.

2.  Along with my wife, I have remained very informed and actively involved in this litigation from before it was filed through the present. Before the complaint was originally filed in December 2011, I assisted in the pre-filing investigation of the claims by providing substantial documents and information regarding our mortgage, mortgage payment history, mortgage modification attempts, and escrow account information. I have provided detailed accounts to my lawyers of the years-long ordeal my family has endured as a result of Bank of America's conduct that resulted in this lawsuit. I have remained in contact with my attorneys, particularly the attorneys from Hoffman & Forde and Blood Hurst & O'Reardon, LLP, throughout the litigation. Since October 2011, I have had about five in-person meetings with my attorneys, many telephone conversations and dozens of discussions by email. In addition to initiating communications about the lawsuit, I have promptly responded to many inquiries for further information. Periodically throughout the litigation, but on average once a month, I have called and written my attorneys to keep up to date on the status of the case and proceedings. I have also reviewed many of the pleadings and motion papers before they were filed, including the complaint, and provided comments and asked follow up questions about these documents. I reviewed Bank of America's discovery requests, had several calls with my attorneys about responsive documents and information, and made extensive searches for all responsive information. I also reviewed and approved the final discovery responses, and provided my attorneys with approximately 300 pages of documents that were

then produced to the bank. Along with my wife, I searched for and provided extensive personal financial information in response to requests from Plaintiffs' Counsel and Bank of America's counsel in the context of confidential settlement communications. For example, I retrieved and reviewed emails and financial information between 2008 and 2013, and annual profit and loss statements for my business. All of these activities were time-consuming and emotionally difficult, as they forced me to relive an experience that caused a great amount of stress for my wife and me over several years, which nearly ended with a foreclosure of my family's home.

3. From the very beginning, I was aware of my obligations as a class representative, including the need to respond to discovery requests that might include personal financial information, to participate in depositions and to testify at trial. In signing the retainer agreement with my attorneys, I understood and agreed that I was not promised any compensation other than my share of what was recovered on behalf of the proposed class. Nonetheless, I agreed to become a class representative because of what happened to my wife and me and because I wanted to stand up for others like us. When I was told that Bank of America wanted to take my deposition, I arranged for a time for my deposition and to spend time meeting with my attorneys to prepare. On Sunday, January 20, 2013, a holiday weekend, my wife and I met with Timothy Blood and his partner, Thomas O'Reardon, at their office to prepare for my deposition. We met for about five hours. In preparation for our in-person meeting, I also participated in several telephone conferences with my attorneys, and made further searches for responsive documents and information. On January 21, 2013, a holiday, I spent over eight hours preparing for and being deposed. The deposition lasted the full day. After my deposition, I reviewed the lengthy deposition transcript for accuracy.

4.      On July 9, 2013, I also attended an all-day mediation session, with mediator Scott Markus, Esq. At the conclusion of that mediation session, the parties reached a settlement of the class action and executed a settlement term sheet. I was present during this mediation session, and reviewed and approved the terms of the class action settlement.

5.      I would estimate that I have personally spent in excess of 60 hours in connection with the class action claims in this lawsuit since October 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of March, 2014, at San Diego, California.

*/s/ Rick Dolfo*
RICK DOLFO

BLOOD HURST & O'REARDON, LLP

00070089